FILED BY_____ꞏᵖ_____ D.C.

**JUL 0 8 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 13-cv-61466-DMM

RYDER SYSTEM, INC., a Florida
corporation,

        Plaintiff,

v.

STORAGE & MOVING SERVICES, INC.,
a Florida corporation, d/b/a RYDER
MOVING AND STORAGE,

        Defendant.

_____/

## EMERGENCY MOTION FOR PRELIMINARY INJUNCTION
## AND INCORPORATED MEMORANDUM OF LAW

Pursuant to Rule 65, Fed. R. Civ. P., and other applicable law, plaintiff Ryder System,

Inc. ("Ryder"), by counsel, respectfully moves the Court for entry of a preliminary injunction

enjoining defendant Storage & Moving Services, Inc., d/b/a Ryder Moving and Storage

("Defendant"), and Defendant's officers, directors, employees, representatives, agents, and all

persons acting on Defendant's behalf or in concert with Defendant (including but not limited to

Defendant's officers, Joshua Socher, Jodi Socher, and Jose Pino), during the pendency of this

action and until such time as a permanent injunction or final judgment issues, from:

(a)     operating any moving or transportation business using the name "Ryder";

(b)     operating any business using trademarks, or any colorable imitation of same, registered to Ryder;

(c)     operating or using in any way the website located at <www.rydermovingandstorage.com> (the "Domain Name"); and/or

(d)     publishing, distributing, or using in any way marketing, sales, or promotional materials bearing the name "Ryder."

{26666880;4}

The grounds for this Motion are set forth below in the incorporated Memorandum of Law and in the accompanying Affidavit of Natalie W. Rabideau-Putnam (the "Putnam Aff."), the Declaration of Joshua Schwandt (the "Schwandt Dec."), and the Affidavit of Olga S. Alvarez-Ulloa (the "Alvarez Aff."), true and correct copies of which are attached hereto as **Exhibit Nos. 1, 2,** and **3**, respectively.

<u>**MEMORANDUM OF LAW**</u>

**I.    <u>INTRODUCTION</u>**

This action arises out of Defendant's unlawful attempts to enhance its business by, among other things, (i) unlawfully holding itself out to the public as Ryder or a company affiliated with Ryder so as to mislead potential customers into believing they are purchasing Ryder's services; (ii) wrongfully trading upon Ryder's goodwill and brand loyalty; (iii) attempting to pass off Defendant's services in such a manner as to create and exploit confusion with Ryder; and (iv) tarnishing Ryder's business reputation.  Indeed, multiple instances of actual confusion have already occurred, and complaints concerning Defendant's actions in this regard have been communicated to Ryder by disgruntled customers of Defendant. Customers of Defendant, believing they were actually doing business with Ryder, have contacted Ryder to complain about their terrible experiences with Defendant, unethical business practices of Defendant, and unprofessional and offensive behavior by Defendant's employees and representatives.

Defendant was formed as a Florida corporation in 2011 and registered the fictitious name "Ryder Moving and Storage" with the State of Florida Division of Corporations in or around May 2012.  Defendant's unlawful scheme to mislead the public involves its maintenance of a website (the "Website") at the internet domain <www.rydermovingandstorage.com> (the "Domain Name"), through which Defendant lures prospective customers into believing that

Defendant is the actual Ryder company or affiliated with Ryder.  Attached to Ms. Putnam's

Affidavit as Composite Exhibit C is a true and correct copy of pages from the Website.  The

images and text on the Website purport to establish a direct connection with Ryder, and the

Website fails to notify the public that Defendant and its Website are not associated in any way

with Ryder.  Moreover, explicit assertions that Defendant is the famous "household name" Ryder

company appear on the "Testimonials" page of the Website:

> These guys were great, so happy I had an alternative to doing it myself, or paying
> almost 50% more if I went with one of the *other household name movers*, Allied,
> United, Mayflower, etc.[1]

> Tammy R.

*See* Putnam Aff., Composite Exh. C, "Testimonials" page (emphasis added).

Once Defendant is in direct contact with a potential customer, Defendant apparently

reassures the customer that it is the actual "Ryder" company.  To further its ruse, Defendant rents

actual vehicles from Ryder, which display the authentic Ryder service marks, to pick up the

customer's furnishings and belongings.

Customers of Defendant, mistakenly believing they were actually doing business with

Ryder, have contacted Ryder to complain about their terrible experiences with Defendant,

Defendant's unethical business practices, and unprofessional and offensive behavior by

Defendant's employees and representatives.  Additionally, a number of people have posted

negative reviews and complaints about Defendant on the internet, using Defendant's trade name

"Ryder Moving and Storage."  These negative reviews and complaints are easily found by

people searching the internet for information about Ryder, who can easily confuse these negative

reviews and complaints as applying to Ryder.

---

[1] Allied Van Lines, United Van Lines, and Mayflower Transit are well-known national moving
companies.

Ryder has demanded that Defendant discontinue its use of the Ryder name and service marks (the "Ryder Mark(s)").  Defendant, however, has wholly disregarded Ryder's demands and continues to use the Ryder name and Mark(s), and to hold itself out as Ryder or an affiliate of Ryder.  Consequently, Ryder has initiated this action to enjoin Defendant from continuing to irreparably harm Ryder.

## II.      FACTUAL BACKGROUND

As set forth in the Complaint filed by Ryder and in the Affidavits attached hereto as **Exhibits Nos. 1, 2,** and **3**, the facts underlying this action are as follows:

### Ryder: The Company and Its Mark(s)

Ryder is a Fortune 500® global transportation company in the business of, among other things, commercial truck leasing, rental and maintenance, and supply chain logistics.  Putnam Aff., ¶ 5.  Included within Ryder's standard product and service offering for more than fifty (50) years is the renting and leasing of commercial trucks for use in moving residential furnishings. *Id.*  Ryder was founded in 1933, incorporated in Florida in 1955, and is headquartered in Miami, Florida.  Alvarez Aff., ¶ 4.

Ryder first used its Ryder Mark in 1935, and in 1979 it registered a Mark with the United States Patent and Trademark Office ("USPTO") for use in connection with leasing and renting vehicles.  Alvarez Aff., ¶ 6.  Ryder was using its Ryder Mark in connection with comprehensive logistics services for customers with national and international shipping requirements by at least 1964 and registered a Mark with the USPTO for these services in 1996.  Alvarez Aff., ¶ 7.  Further, Ryder was using a Ryder Mark in connection with freight and transportation services by vans and trucks as early as 1985 and registered its Mark with the USPTO for these services in 1990.  Alvarez Aff., ¶ 8.  Ryder began using its Ryder Design Mark for a number of these services in 1997 and registered the Ryder Design Mark with the USPTO in 1998.  Alvarez Aff., ¶

9.  Ryder has continuously used these Mark(s) in commerce, both before and since the registration of the Mark(s).  Alvarez Aff., ¶ 10.

### Ryder's Good Will and Brand Loyalty

The truck rentals, shipping logistics, and freight transportation services sold under the Ryder name and Mark(s) are famous and recognized by the public as emanating from Ryder. Putnam Aff., ¶ 7.  As a result of Ryder's long and continuous promotion and use of the Ryder Mark(s), Ryder's customers and the public have come to rely on the reputation, high quality, and standards they associate with the Ryder name and Mark(s).  Putnam Aff., ¶ 8.

Ryder has expended substantial sums in advertising, marketing and promoting the Ryder name and Mark(s) through both print and other media with the express goal of making the Ryder name and Mark(s) synonymous with high-quality freight transportation and vehicle rental and leasing.  Putnam Aff., ¶ 6.  Ryder's advertising and promotional efforts have been successful and have resulted in the Ryder name and Mark(s) becoming extremely well known in the transportation industries, and throughout the State of Florida and the United States.  Putnam Aff., ¶ 7.  Indeed, as a result of Ryder's promotional efforts, the Ryder Mark(s) are widely and favorably known in the vehicle leasing and rental, shipping logistics, and freight transportation industries and to the purchasing public generally as indicating the source of the products and services offered by Ryder.  Putnam Aff., ¶¶ 6-8.   Ryder desires to maintain and to assure the integrity of its high-quality standards and reputation.  Putnam Aff., ¶ 9.

### Defendant's Wrongful Acts

With full knowledge of Ryder's decades of success in developing recognition for its services and Mark(s), Defendant has devised a scheme to funnel business and profit to its company using Ryder's reputation and goodwill.  As discussed above, one of Defendant's ploys is to lure prospective customers through the unauthorized Website using both the Ryder name

and Mark(s). On its Website, Defendant claims to be the famous "household name" Ryder company. *See* Putnam Aff. ¶ 14, Composite Exh. C, "Testimonials" page. Once it has made telephone contact with a potential customer, Defendant assures the customer that it is the actual "Ryder" company. *See* Schwandt Dec., ¶ 6. Defendant uses the "Ryder Moving and Storage" name and logo to further the illusion that Defendant and the authentic Ryder company are the same company or part of the same organization. *See* Schwandt Dec., ¶ 6. To continue its ruse, Defendant has rented authentic Ryder trucks, which display the Ryder Mark(s), to pick up the customer's furnishings and belongings. *See* Schwandt Dec., ¶ 10.[2]

Customers of Defendant, believing they were doing business with Ryder, have contacted Ryder to complain about their terrible experiences with Defendant. *See* Putnam Aff., ¶ 10.[3] Complaints to Ryder by outraged customers of Defendant include:

- Customers of Defendant contact Ryder thinking it is affiliated with "Ryder Moving and Storage." *See* Putnam Aff., ¶ 12.

- Defendant promises no additional money is due until the furnishings are delivered, but then demands substantial additional funds after loading the furnishings onto the truck. *See* Putnam Aff., ¶ 12.

- Defendant promises transportation will be handled entirely by "Ryder" and no third-party companies will be used, but unfamiliar third-party shipping companies actually make deliveries. *See* Putnam Aff., ¶ 12.

- Defendant's movers arrive late and are rude. *See* Putnam Aff., ¶ 12.

- Defendant is unable or unwilling to inform its customers where their belongings are located during shipment. *See* Putnam Aff., ¶ 12.

- Defendant damages items during delivery. *See* Putnam Aff., ¶ 12.

- Calls and emails to Defendant are ignored and go unanswered. *See* Putnam Aff., ¶ 12.

---

[2] *See generally* Joshua Schwandt's declaration, attached hereto as **Exhibit 2**, for a detailed account of how he fell victim to Defendant's scheme.

[3] At least one disgruntled customer, Mr. Schwandt, filed a complaint against Defendant. *See* Schwandt Dec., ¶ 19.

- Guaranteed delivery dates are wantonly disregarded by Defendant. *See* Putnam Aff., ¶ 12.

- When one customer called Defendant to inquire into the location of her belongings, an employee of Defendant called her an alcoholic and hung up the phone on her. *See* Putnam Aff., ¶ 12.

- Defendant's employees behave unprofessionally and unethically. *See* Putnam Aff., ¶ 12.

The foreseeable and intended result of Defendant's unlawful scheme, use of the Domain Name, and wrongful appropriation of Ryder's name and Mark(s) is to confuse potential customers and the public generally as to the origin of Defendant's services, to camouflage Defendant's business with an authenticity and salability it would not otherwise enjoy, and to tarnish Ryder's good will and brand loyalty. Defendant's actions are unauthorized, unlawful, malicious, and purposefully designed to derive benefit from Ryder's fame and established business reputation.

**III.    ARGUMENT AND CITATION OF AUTHORITIES**

    **A.    The Legal Standard for Preliminary Injunctive Relief**

To obtain a preliminary injunction, a movant must establish the following four elements:

1.    a substantial likelihood of success on the merits of its claims;

2.    a substantial threat of irreparable injury if the injunction is not granted;

3.    that the threatened injury to the movant outweighs the harm an injunction may cause the defendant; and

4.    that granting the injunction would not disserve the public interest.

*See Davidoff & Cie, S.A. v. PLD Int'l Corp.*, 263 F.3d 1297, 1300 (11th Cir. 2001). As demonstrated below, Ryder satisfies each of these requirements and a preliminary injunction should therefore be issued to restrain Defendant from engaging in its unlawful activities during the pendency of this action.

1.   **Ryder Has a Substantial Likelihood of**
     **Success on the Merits of Its Claims**

Ryder has a substantial likelihood of success on the merits of its claims. First, under

Section 32 of the Lanham Act, a person is liable for trademark infringement for:

> (a) use in commerce any reproduction, counterfeit, copy, or colorable imitation of
> a registered mark in connection with the sale, offering for sale, distribution, or
> advertising of any goods or services on or in connection with which such use is
> likely to cause confusion, or to cause mistake, or to deceive; or
>
> (b) reproduce, counterfeit, copy, or colorably imitate a registered mark and apply
> such reproduction, counterfeit, copy, or colorable imitation to labels, signs, prints,
> packages, wrappers, receptacles or advertisements intended to be used in
> commerce upon or in connection with the sale, offering for sale, distribution, or
> advertising of goods or services on or in connection with which such use is likely
> to cause confusion, or to cause mistake, or to deceive[.]

15 U.S.C. § 1114(1).

To prevail on a trademark infringement claim under the Lanham Act, "the registrant must

show that (1) its mark was used in commerce by the defendant without the registrant's consent

and (2) the unauthorized use was likely to cause confusion, or to cause mistake or to deceive."

*Burger King Corp. v. Mason*, 710 F.2d 1480, 1491 (11th Cir. 1983). Ordinarily, trademark

infringement cases "are predicated on the complaint that the defendant employed a trademark so

similar to that of the plaintiff that the public will mistake the defendant's products for those of the

plaintiff. Also, it is well established that falsely suggesting affiliation with the trademark owner

in a manner likely to cause confusion as to source or sponsorship constitutes infringement." *Id.*

at 1491-92. The standards for Florida common law trademark infringement are the same as the

federal standards. *See Rain Bird Corp. v. Taylor*, 665 F.Supp.2d 1258, 1267 (N.D. Fla. 2009).

Ryder has a substantial likelihood of success on the merits of its trademark infringement

claims. There is no doubt that Defendant is using the Ryder Mark(s) or a colorable imitation

thereof in commerce in connection with Defendant's transportation business, which use is likely

to cause confusion, to cause mistake, or to deceive.  Putnam Aff., ¶ 14; Schwandt Dec. ¶¶ 6-10,

22.  Indeed, such use by Defendant already has caused confusion.  Putnam Aff., ¶¶ 10-12;

Schwandt Dec. ¶¶ 6-10, 22.

Additionally, Section 43(a) of the Lanham Act prohibits the use of false designations and

false designations of origin when advertising or selling goods or services in commerce.  *See* 15

U.S.C. § 1125(a).  Section 43(a) is not, however, limited solely to instances where a defendant

improperly employs a mark or name, but instead is designed to protect against a broad range of

deceptive or unfair trade practices.  *See Playboy Enterprises, Inc. v. Frena*, 839 F. Supp. 1552,

1562-63 (M.D. Fla. 1993) ("[Section 43(a)] provides a cause of action for unfair competition.").

To this end, Section 43(a) of the Lanham Act provides:

> (a) (1)  Any person who, on or in connection with any goods or services,
> or any container for goods, uses in commerce any word, term, name,
> symbol, or device, or any combination thereof, or any false designation of
> origin, false or misleading description of fact, or false or misleading
> representation of fact which--
>
> (A) is likely to cause confusion, or to cause mistake, or to deceive as to the
> affiliation, connection, or association of such person with another person,
> or as to the origin, sponsorship, or approval of his or her goods, services or
> commercial activities by another person, or
>
> (B) in commercial advertising or promotion, misrepresents the nature,
> characteristics, qualities, or geographic origin of his or her or another
> person's goods, services, or commercial activities,
>
> shall be liable in a civil action by any person who believes that he or she is
> or is likely to be damaged by such act.

15 U.S.C. § 1125(a).

Generally, to prevail on a claim of false designation of origin under Section 43(a) of the

Lanham Act, a claimant must demonstrate: (1) that it had prior rights to the mark at issue, and

(2) that the defendant has adopted a mark or name that was the same, or confusingly similar to its

marks, such that consumers are likely to confuse the two.  *Planetary Motion, Inc. v.*

*Techsplosion, Inc.*, 261 F.3d 1188, 1193 (11th Cir. 2001) (citing *Lone Star Steakhouse & Saloon, Inc. v. Longhorn Steaks, Inc.*, 106 F.3d 355, 360 (11th Cir. 1997)).

Ryder has a substantial likelihood of success on its claim for false designation of origin and unfair competition under the Lanham Act. Defendant has violated Section 43(a) by, among other things, using Ryder's name and Mark(s) in commerce without Ryder's consent to falsely infer the source, origin, nature, sponsorship, affiliation and quality of its services, and to deceptively pass off Defendant's services in a manner designed to trade upon Ryder's goodwill.

There is, for example, an extremely high likelihood that any intending purchaser steered to <www.rydermovingandstorage.com>, either directly or through an internet search engine using the search terms "Ryder" or "Ryder moving," would reasonably expect that Defendant's Website was an official Ryder website offering legitimate Ryder services. This expectation is made all the more reasonable given the prominence within which the Ryder name and Mark(s) are displayed on Defendant's Website; the statement in the "Testimonials" section of Defendant's Website that the company is the "household name" Ryder company that competes with other national moving companies Allied, United, and Mayflower; and the fact that there is no indication on the Website that Ryder Moving and Storage is a separate entity wholly unrelated to Ryder. Indeed, without engaging in any discovery, Ryder already has learned about instances of actual confusion. Putnam Aff., ¶¶ 10-12; Schwandt Dec. ¶¶ 6-8, 10, 22. *See Fila USA, Inc. v. Kim*, 884 F.Supp. 491, 495 (S.D. Fla. 1995) (noting that with respect to federal claims for false designation of origin, courts rely upon the same standard as the likelihood of confusion analysis for alleged trademark infringement).

The nature of Defendant's scheme leaves no doubt that its specific purpose is to derive benefit from the use of the Ryder name and Mark(s). Additionally, there is no bona fide dispute

that the Ryder Mark(s) are duly registered; that Ryder possesses the exclusive rights to use its

Mark(s); and that Defendant's use of the Ryder name and Mark(s) is unauthorized.  Alvarez Aff.,

¶¶ 7-12, 21.

Given Defendant's refusal to cease using the Ryder name and Mark(s), Defendant is

willfully infringing Defendant's rights under the Lanham Act and other applicable law.

Defendant's flagrant and continuing use of the Ryder name and Mark(s) is unauthorized and has

caused a likelihood of confusion, and actual confusion, among consumers.  Under these

circumstances, there is a substantial likelihood that Ryder will prevail on its claim for false

designation of origin and unfair competition under the Lanham Act.

Ryder also has a substantial likelihood of success on the merits of its federal and Florida

anti-dilution claims.  The anti-dilution provision of the Lanham Act provides:

> Subject to the principles of equity, the owner of a famous mark that is distinctive,
> inherently or through acquired distinctiveness, shall be entitled to an injunction
> against another person who, at any time after the owner's mark has become
> famous, commences use of a mark or trade name in commerce that is likely to
> cause dilution by blurring or dilution by tarnishment of the famous mark,
> regardless of the presence or absence of actual or likely confusion, of competition,
> or of actual economic injury.

15 U.S.C. § 1125(c)(1).

"To prevail on a federal dilution claim, the plaintiff must demonstrate that: (1) the

plaintiff's mark is famous; (2) the defendant used the plaintiff's mark after the plaintiff's mark

became famous; (3) the defendant's use was commercial and in commerce; and (4) the

defendant's use of the plaintiff's mark has likely caused dilution."  *Rain Bird Corp.*, 665

F.Supp.2d at 1266-67.  The Lanham Act defines "dilution by blurring" as "association arising

from the similarity between a mark or trade name and a famous mark that impairs the

distinctiveness of the famous mark." 15 U.S.C. § 1125(c)(2)(B).  "Dilution by tarnishment" is

defined as "association arising from the similarity between a mark or trade name and a famous mark that harms the reputation of the famous mark." *Id.* at § 1125(c)(2)(C). Moreover, the legal standards under the federal anti-dilution statute and the Florida statute, § 495.151, Fla. Stat., are the same. *See Rain Bird Corp.*, 665 F.Supp.2d at 1267.

Here, Ryder has demonstrated that its Ryder Mark(s) are famous, Putnam Aff., ¶¶ 6-8; Alvarez Aff., ¶¶ 6-10; Defendant used the Ryder Mark(s) in commerce after they had become famous, *id.*; Putnam Aff., ¶¶ 14-15; and Defendant's use of the Ryder Mark(s) has caused dilution by blurring and by tarnishment by impairing the distinctiveness and harming the reputation of the Ryder Mark(s). Putnam Aff., ¶¶ 10-12; Schwandt Dec. ¶¶ 6-10, 22.

For all of the same reasons, Ryder has a substantial likelihood of prevailing on the merits of its claim for violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §§ 501.201, *et seq.* ("FDUTPA"). FDUTPA prohibits any "unfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce." Fla. Stat. § 501.204. FDUTPA is to be "liberally construed" and defines an "unfair trade practice" as one that "offends established public policy" and that is "immoral, unethical, oppressive, unscrupulous, or substantially injurious to consumers." *Samuels v. King Motor Co.*, 782 So.2d 489, 499 (Fla. 4th DCA 2001). FDUTPA further defines a "deceptive practice" as one that is likely to mislead consumers. *Davis v. Powertel*, 776 So.2d 971, 974 (Fla. 1st DCA 2000).

There is no question that Defendant's aforementioned scheme is likely to mislead unsuspecting consumers desirous of Ryder's services and therefore constitutes an unfair and deceptive practice under FDUTPA. *See TracFone Wireless, Inc. v. Access Telecom, Inc.*, 642 F.

Supp. 2d 1354, 1365 (S.D. Fla. 2009) ("[e]ngaging in trademark infringement is an unfair and deceptive trade practice that violates" FDUTPA).

Similarly, Ryder has a substantial likelihood of succeeding on the merits of its cyber-piracy claim pursuant to 11 U.S.C. § 1125(d), as its name and Mark(s) are distinctive and famous, and Defendant acted in bad faith, and with the intent to profit, by registering and using the Domain Name <www.rydermovingandstorage.com>. *See, e.g., Victoria's Cyber Secret Ltd. P'ship v. V Secret Catalogue, Inc.*, 161 F. Supp.2d 1339 (S.D. Fla. 2001) (finding the domain name <www.victoriasexsecret.com> and similarly related names violated state unfair competition law and constituted a violation of 15 U.S.C. § 1125(d)).

Based upon the foregoing and the facts outlined in the Affidavits and Declarations attached hereto as exhibits, Ryder has a substantial likelihood of success on the merits of its claims against Defendant, and a preliminary injunction is warranted to avoid further irreparable injury to Ryder.

    **2.**    **Ryder is Entitled to a Preliminary Injunction Because Ryder Has Suffered and Will Continue to Suffer Immediate Irreparable Injury Unless an Injunction is Entered**

Ryder will suffer irreparable injury if the Court does not issue a preliminary injunction because the consumer confusion resulting from Defendant's actions will continue to cause customers to believe that Defendant's transportation services are, at a minimum, affiliated with or sponsored by Ryder. Over a span of decades, Ryder has spent considerable time and revenue advertising its Mark(s), fostering good will and building brand loyalty. The benefits of this hard work are in peril, as the Ryder name and Mark(s) are currently at the mercy of Defendant. Ryder faces damage to its own reputation and the loss of customers due to Defendant's scheme of luring customers into hiring Defendant based on its "Ryder" name and then providing such

substandard service that the customers will never do business with Ryder and will spread negative information about Ryder under the false impression that Ryder and Defendant are the same, or affiliated, companies.

Defendant's customers are unquestionably led to believe that they are purchasing genuine Ryder services. *See* Schwandt Dec. ¶ 6-8, 10, 22. No damages at law can redress the harm that Defendant's actions have caused and threaten to continue to impose upon Ryder. It is impossible to quantify the extent of Ryder's damages due to Defendant's actions and the resulting consumer confusion. *See* Putnam Aff., ¶ 16; *see also McDonald's Corp. v. Robertson*, 147 F.3d 1301, 1307 (11th Cir. 1998) (finding that there is no conceivable way to calculate money damages under such circumstances).

There is, for example, no way of deciphering how many of Ryder's former and potential customers have decided against doing business with Ryder based on their dissatisfaction with the services that Defendant provided (or failed to provide). Likewise, it is impossible to gauge the extent to which Ryder's goodwill has been diminished by customers repelled, for example, by the unethical business practices of Defendant and the unprofessional and offensive behavior of Defendant's employees and representatives.

Unless Defendant is immediately enjoined from using the Ryder name and Mark(s) and from using the Website, additional consumers are bound to be confused, and Ryder will suffer further irreparable harm.

### 3. The Threatened Injury to Ryder Clearly Outweighs the Potential Damage to Defendant

In this case, the balance of hardships tips decidedly in Ryder's favor. Ryder will suffer irreparable damage if Defendant is allowed to further use the Ryder name, Mark(s), and/or the Domain Name. Absent the entry of a preliminary injunction against Defendant, Ryder stands to

lose goodwill built over a span of decades at substantial and incalculable cost to Ryder. Conversely, Defendant will not suffer any legitimate harm or potential damage. An injunction would merely prevent Defendant from using Ryder's name and Mark(s), the Domain Name and other materials that it is not lawfully entitled to use. *See Clayton v. Howard Johnson Franchise Sys., Inc.*, 730 F. Supp. 1553, 1561-62 (M.D. Fla. 1988). Additionally, Ryder is not in any way seeking to preclude Defendant from lawfully advertising and engaging in the moving and transportation business without using the Ryder name and Mark(s).[4]

### 4.    The Public Interest Favors Granting the Requested Injunction

The public interest will be served by an injunction in this case because entry of a preliminary injunction will ensure that the public is no longer misled regarding the origin of Defendant's services. Ryder has shown that Defendant's use of the Ryder name and Mark(s) caused actual consumer confusion and is likely to continue to do so unless an injunction issues against Defendant and its officers, directors, employees, representatives, agents, and persons acting in concert with Defendant. "Public policy concerns therefore weigh in favor of preliminary injunctive relief in order to minimize confusion in the marketplace." *Popular Bank of Florida v. Banco Popular de Puerto Rico*, 9 F. Supp.2d 1347, 1364 (S.D. Fla. 1998) (citing *Kason Indus., Inc. v. Component Hardware Group, Inc.*, 120 F.3d 1199, 1207 (11th Cir. 1997) (recognizing the strong public interest in preventing the deception of consumers)). Moreover, the public interest is served by prohibiting Defendant's deceptive and unfair business practices.

## IV.   CONCLUSION

Ryder has a strong likelihood of success on the merits of this action, and is being exposed to immediate and irreparable harm to its goodwill by Defendant's unlawful use of the Ryder

---

[4] For these same reasons, if the Court believes an injunction bond is warranted, then a nominal bond would be appropriate.

name and Mark(s), and by Defendant's misrepresentations as to the source, origin, affiliation and sponsorship of its services.  Furthermore, the balance of harm and public interest favor the entry of a preliminary injunction enjoining Defendant and its related individuals from causing further consumer confusion.  The Court should therefore enter the requested preliminary injunction and grant Ryder such other and further relief against Defendant as the Court deems appropriate.

Respectfully submitted,

Dated:  July 8, 2013

Robert I. Chaskes, Esquire
Florida Bar Number: 0102271
Paul L. Kobak, Esquire
Florida Bar Number: 0015426
**AKERMAN SENTERFITT**
SunTrust International Center
One Southeast Third Avenue, 25th Floor
Miami, Florida  33131-1714
Telephone:        (305) 374-5600
Facsimile:         (305) 374-5095
Email:             Robert.Chaskes@Akerman.com
Email:             Paul.Kobak@Akerman.com
*Attorneys for Plaintiff Ryder System, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July, 2013, true and correct copies of the

foregoing Emergency Motion for Preliminary Injunction and Incorporated Memorandum of Law,

with accompanying exhibits, were provided to a private process server for personal service on

the following:

> **JODI SOCHER**
> **As Resident Agent for**
>   **defendant Storage & Moving Services, Inc.**
> **2740 Northwest 83rd Terrace**
> **Cooper City, Florida  33024**

Paul L. Kobak

# Exhibit 1

Injunction Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. _____

RYDER SYSTEM, INC., a Florida
corporation,

        Plaintiff,

v.

STORAGE & MOVING SERVICES, INC.,
a Florida corporation, d/b/a RYDER
MOVING AND STORAGE,

        Defendant.

_____/

## AFFIDAVIT OF NATALIE W. RABIDEAU-PUTNAM

I, Natalie W. Rabideau-Putnam, being first duly sworn, hereby depose and state:

1.     I am an adult competent to testify to the matters set forth herein.

2.     I have personal knowledge of the facts stated below

3.     I am Vice President, Marketing, of Ryder Fleet Management Solutions, a business unit of Ryder System, Inc. ("Ryder"), the plaintiff in the above-captioned action, and submit this Affidavit in support of Ryder's Motion for Preliminary Injunction in the above-captioned action.

4.     As Vice President, Marketing, I work closely with Ryder's use of its logos, trade name, branding, marketing to the public and its reputation within the transportation industry.

5.     Ryder is a Fortune 500® global transportation company in the business of, among other things, commercial truck leasing, rental and maintenance, and supply chain logistics. Included within its standard product and service offering is the renting and leasing of commercial trucks. A significant number of Ryder customers rent its trucks to move residential furnishings.

6.     Ryder has expended substantial sums in advertising, marketing and promoting the RYDER name and Marks through both print and other media with the express goal of making the Ryder name and Marks synonymous with high-quality truck leasing and transportation services generally.

7.     Ryder spends in excess of $8,000,000 annually to market and promote its business, including the Ryder name and Marks. As a result of these expenditures and Ryder's promotional and marketing activities, the vehicle leasing and rental, shipping logistics, and freight transportation services offered and sold under the RYDER name and Marks are widely known and recognized by the public and in its field as emanating from Ryder. Moreover, Ryder's advertising and promotional efforts have been successful and have resulted in the RYDER name and Marks becoming extremely well known in the transportation industries, and throughout the State of Florida and the United States.

8.     As a result of Ryder's long and continuous use of the RYDER Marks, Ryder's customers and the public generally have come to rely on the reputation, high quality, and standards they associate with the RYDER name and Marks.

9.     Ryder desires to maintain the standards and to assure the integrity of its high-quality standards and reputation.

10.     Recently, however, Ryder has received a number of complaints regarding "Ryder Moving and Storage" from customers who mistakenly believed that "Ryder Moving and Storage," which is apparently located in Pompano Beach, Florida, is operated by Ryder or somehow affiliated with Ryder.

11.    Attached hereto as **Composite Exhibit A** are reports regarding several individuals complaining to Ryder about "Ryder Moving and Storage."[1]  These reports are comprised of statements received by Ryder via e-mail or over the telephone.  The reports, as received and/or processed by Ryder, were created at or near the time of the events or acts that the reports purport to show; were created by, or from information transmitted by, a person with knowledge of the events or acts; are kept in the course of Ryder's regularly conducted business activity; and were made as a regular practice of Ryder's business activity.

12.    Complaints received by Ryder regarding "Ryder Moving and Storage" ("Defendant") include the following:

- Customer called Ryder thinking it was affiliated with Ryder Moving and Storage.

- Defendant promises no additional money is due until the furnishings are delivered, but then demands substantial additional funds after loading the furnishings onto the truck.

- Defendant promises transportation will be handled entirely by "Ryder" and no third-party companies will be used, but unfamiliar third-party shipping companies actually make deliveries.

- Defendant's movers arrive late and are rude.

- Defendant is unable or unwilling to inform its customers where their belongings are located during shipment.

- Defendant damages items during delivery.

- Calls and emails to Defendant are ignored and go unanswered.

- Guaranteed delivery dates are wantonly disregarded by Defendant.

- When one customer called Defendant to inquire into the location of her belongings, an employee of Defendant called her an alcoholic and hung up the phone on her.

---

[1]  One of the reports relates to the initial complaint Ryder received from Joshua Schwandt, the "Ryder Moving and Storage" customer who executed the Declaration attached as Exhibit No. 2 to Plaintiff's Motion for Preliminary Injunction.

{26668654;4}                                          3

- Defendant's employees behave unprofessionally and unethically.

*See* **Composite Exhibit A.**

13.     In addition to the complaints received by Ryder directly, Ryder's investigation revealed complaints about "Ryder Moving and Storage" posted on the websites <www.ripoffreport.com>, <www.mymovingreviews.com>, and other websites. I have personally reviewed many of these complaints on the internet. True and correct copies of six of these online complaints are attached hereto as **Composite Exhibit B**. These complaints state, among other things, the following:

- Ryder Moving and Storage Several missed delivery dates & Extorting me for more money or they refuse to deliver my furnature [*sic*]

- Ryder Moving and Storage Ripped me off with a double deposit and then lost 3 boxes with all my personal things!

- Ryder moving and storage stole our entire household. Some items are irreplaceable from deceased family members.

- Don't use this company / Review on Ryder Moving and Storage

- Movers never showed up and kept me hanging til 5pm that day / Review on Ryder Moving and Storage

- Terrible Customer Service / Review on Ryder Moving and Storage

*See* **Composite Exhibit B.**

14.     Ryder's investigation also revealed that "Ryder Moving and Storage" uses a domain name and related website, <www.rydermovingandstorage.com>, to promote its business and lure customers into hiring "Ryder Moving and Storage." I have personally reviewed the website <www.rydermovingandstorage.com>, a true and correct copy of which is attached

hereto as **Composite Exhibit C.**[2] Neither "Ryder Moving and Storage" nor its website is connected in any way with, or operated by, Ryder.  The use of the Ryder name and Mark(s) by "Ryder Moving and Storage" is unauthorized.

15.    According to filings with the Florida Secretary of State, which are available on its website, Defendant is a Florida corporation which has registered "Ryder Moving and Storage" as a fictitious trade name.  I have personally reviewed corporate filings on the Florida Secretary of State's website for defendant Storage & Moving Services, Inc., including its application for the fictitious name "Ryder Moving and Storage."  True and correct copies of these filing are attached hereto as **Composite Exhibit D.**

16.    The above-described  activities of "Ryder Moving and Storage" are causing incalculable harm to Ryder.

I, Natalie W. Rabideau-Putnam, hereby declare and affirm under the penalties of perjury that the contents of the foregoing Affidavit are true and correct.

**Natalie W. Rabideau-Putnam**
**Vice President, Marketing**
**Ryder Fleet Management Solutions**

---

[2] Two different representations of Defendant's website are attached: in one version some of the graphics do not appear, but the text is more readable; the other version is a less detailed, but more graphically complete, version of the website pages.

{26668654;4}                                    5

STATE OF FLORIDA         )
                             ) ss:

COUNTY OF MIAMI-DADE     )

Sworn to and subscribed before me this _5 th_ day of July, 2013, by _Natalie Wynn_

_Rabideau-Putnam,_ who is personally known to me or who has produced _Florida DL_

(type of identification) as identification and, after being sworn, averred that he is authorized to execute

the foregoing Affidavit and then subscribed to the foregoing.

NOTARY PUBLIC, STATE OF FLORIDA

_KAREN L. ROBINSON_

(Print, Type or Stamp Commissioned Name of Notary Public)

KAREN L. ROBINSON
MY COMMISSION # DD 987745
EXPIRES: August 31, 2014
Bonded Thru Notary Public Underwriters

{26668654;4}

6

# COMPOSITE EXHIBIT A

Putnam Affidavit

**From:** Justin K. Stephens
**Sent:** Wednesday, March 27, 2013 9:59 AM
**To:** Donald P. Nystrom
**Subject:** Ryder Austin 0789 - Non affiliated RYDER MOVING AND STORAGE Customer Complaint

Customer called thinking we were affiliated with this company out Pompano Beach. I explained to him there was no affiliation.
Name: Eric Vivian Johnson JR
Phone:706-332-7229
Email: ejohn054@hotmail.com

**Justin Stephens | Rental Management Trainee**
8305 N. Lamar Blvd. | Austin, TX 78753
Office: 512-836-7184 | Fax: 512-836-1143

**From:** Yessenia Valencia
**Sent:** Monday, June 10, 2013 12:38 PM
**To:** Dennis R. Melucci
**Cc:** Catherine Kent
**Subject:** Customer Michelle Arduin

Hello Dennis,

The following is a recap of the caller above who is reporting Ryder moving her, damaged items, overcharged for believed insurance to later find she was not insured, Also claimed to have dealt with a Gilbert who was later told no longer works at Ryder. End result of her move was damage to property she will be held responsible to pay if someone does not contact her Manager in the Park Mobil Homes she lives in. We the Operators (Yessie, Cathy) have been receiving calls on Moving similar to this one lately, and will like to understand this better aswell or receive instruction on how to handle these in the future ;/ as it sounds like a scam and someone using our name. Months back Eddie Garcia Director of Rental said he was hearing of such taking place in Florida, as I handed him a message in his area also related to moving, damaged and off schedule delivery.

Hope this helps your search or clarification to the customer:

- Moved from Thomas River to Lockhaven PA, and contacted Ryder to move for her pick up date 5/27/13 with a Gilbert.
- Customer said a Budget Truck showed up, and on the bill she had the name Simplicity Moving And Storage out of Long Branch NJ.
- After all was paid for with Gilbert priced at $1487.83 yet given coupon for her husband and her being disabled of a discount of $125. The movers told her they will have to recalculate all inventory where she was told she used 300 more cubic feet and the price will then go up by $1000 mounting to $2400+/-.
- Later found out that Gilbert left the company and that person in charge in dispatch would be Carrie at 1866-808-0264 X201.
- Customer said Carrie in Dispatch acknowledged the coupon Gilbert had sent over to her via computer, but assured she had no insurance in the system.
- By this point she had discovered damages of items that were agreed to be bubble wrapped and taken care of in original quote (Damages Below) customer spoke to Carrie (Dispatch), she was told that she had a Standard Moving without insurance and will be covered .60 cents per pound. Feeling at a loss and lied to, Michelle was told her damaged TV a 40 in TV will be recognized as a $32 amount at this rate.
- Damages:
  - Sony TV 40 inch LCD
  - Missing Ceramic Tile to a Patio Table
  - 8 pc Beverage Crystal Set was boxed and placed under everything heavy arriving all shattered.
  - Tiffany Lamp Destroyed was a limited Edition not made anymore.
  - Missing an Entire box Correlle Dishes/Bowls instead got a JK Hankles Night set not belonging to her.

CC: Cathy Kent (Colleague Switchboard Operator).

Regards,

Yessenia Valencia

Ryder Switchboard Operator/ Calling card & Conference admin
305) 500-3068

"A Good Leader is a good learner, when a Leader stops learning, he stops leading"

**From:** Yessenia Valencia
**Sent:** Monday, June 17, 2013 2:57 PM
**To:** Sanford J. Hodes
**Cc:** Catherine Kent
**Subject:** Ryder Moving and Storage case #3

Hello Sanford,

Please receive another case of bad service from the company Ryder Moving and Storage, in which they leave no other numbers besides the 1866-202-0264, when not helped customers resort to reaching our offices matching our name. By this time we are making it clear to customers we don't provide moving services but that we will message and pass it on to our Law Department to check on name of Business. Details on this case are as follows:

- Started to be moved from North Port Florida to Tampa.
- They do not have an address where company moved items to.
- When customer asked a Joey hung up on them lady says was called an Alcoholic. Reps Neglected to give where about on stuff. After Customer offered to go remove them themselves.
- It was a Budget Truck 1866-202-0264.
- Credit Card Charged already.
- No furniture received. Lady sleeps on a Blow up mattress and is on disability.
- Have spoken to Joey Pino, Gary , Cary and Brian.
- I took message from Angela Moreno 813-431-4683
- Speaking on behalf of Judy Fellenz, customer.

    I have copied in our other Switchboard Operator. Cathy please hold in case they call back.


Regards,

Yessenia Valencia
Ryder Switchboard Operator/ Calling card & Conference admin
305) 500-3068

"A Good Leader is a good learner, when a Leader stops learning, he stops leading"

**From:** Joshua Schwandt [mailto:joshua.schwandt@gmail.com]
**Sent:** Thursday, June 20, 2013 2:14 PM
**To:** Sanford J. Hodes
**Subject:** Joshua Schwandt

Good afternoon, sir:

Thank you again for taking the time to hear my situation.  I appreciate your assistance and caring.

I have attached a pic taken from my cell phone of the Ryder truck in Orlando that picked my furniture up.  I have also attached the truck from today that delivered it to Minnesota (3rd party) after the contract states, in bold, that they DO NOT contract out!  I also have attached a short synapse of the review that I was going to post but as I stated on the phone I will hold of posting anything until whatever is done is done.

Also, I have several emails from Ryder Moving and Storage including the contract and all my sent emails that were never returned.  Let me know if you would like copies of any of that at any time.

I have also copied the note into the email below incase the attachment doesn't open.

Thank you for your time and best regards!

Joshua Schwandt
3905 S 4th Street
Moorhead, MN  56560
602-621-1714

I made initial contact with Ryder Moving and Storage on 5/21/2013. I was moving from Orlando, FL up to Moorhead, MN. I submitted an online quote and in this I stated that I was in a time crunch and was trying to find a moving company that would have my stuff delivered within a week time frame. Much to my surprise, Ryder Moving and Storage, more specifically the sales representative Darren stated that he had a truck ready to go and could have my belongings picked up the next day and guaranteed within one week to arrive to Minnesota. Darren was very persistent and friendly until the sale was final. From the moment I signed the papers online and paid the $400 deposit, I never heard another word from him. But, I will tell you about the 13+ voice mails, messages, and emails that he did not respond to later in the review.

I was very hesitant about paying online for movers. Darren assured me that this was Ryder (which in fact, it is not....they apparently lease actual RYDER trucks maybe to make it appear legit) and Darren also stated that they will beat any legit price on moving. Darren also stated that no money would be due until my furniture arrived in Minnesota. The movers were to show up the next day, as the dispatch representative told me, no later than 11am-12pm. The movers showed up at almost 3:30 in the afternoon. I had tried calling Darren to tell him that nobody had shown up nor has anyone called to inform me that they were going to be late but Darren never returned my two phone calls nor did he respond to my two emails. The movers finally showed up and were extremely rude at first. The two spoke Russian the entire time except for when the younger guy told me that he was upset at dispatch for saying that they were supposed to be there at noon and also to have the audacity to tell me that my brand new bookcases were made of "cheap wood" and asked me if I really wanted to move them...I was stunned. I also called Darren to inform him that his movers were rude but never received an apology because a month later now he still has not returned any phone calls.

After the truck got loaded with my very few belongings (one couch, one loveseat, a bed, mattress, two bookcases and under 20 boxes that I had already packed and secured) the younger guy came in to have me sign all the paperwork. He also asked for almost $1,100 dollars in cash. I was stunned. Darren stated no money was to be paid until it arrived in Minnesota. The movers also stated that I used more cubic feet than quoted (IMPOSSIBLE) and stated that the fee Darren quoted me of $1,930.50 was now up to $2,362.00. I tried calling Ryder Moving and Storage again to clear this up but no answer once again. I told the movers that I did not have that sort of cash lying around and that Darren did not inform me of this (apparently to make a quick sale) the movers called dispatch (who answered their calls!) and stated that they would just charge my credit card for this fee that I used for the deposit.

Now all the above was complete misrepresentation and extremely rude customer service but here's where it gets even more fraudulent. Darren stated the furniture would be delivered to Minnesota within 7 days. When the guy who upcharged me after loading the truck was filling out the paperwork and adding $213 to my total for tape (yes, tape!) he wrote the PICKUP DATE as 5/24/13 and then wrote the 1ST AVAILABLE DATE TO SHIP as 5/30/2013. I asked for clarification being that Darren stated that it was to be delivered by then. This mover looked stunned and stated that no, it goes from Orlando down to Pompano Beach, Florida (where Ryder Moving and Storage is located) and then the 5/30/2013 date when it is supposed to be delivered to Minnesota is actually how long it is going to sit in their warehouse. I asked "well, when will it be delivered to Minnesota?" and the mover stated that he does not know and that I will have to call my sales representative, Darren. The same representative who hasn't returned three calls at this point and two emails. I was very upset. Not only did I pay almost $700 more than quoted for less items than I listed I now will not have furniture and the movers have no clue when it will be shipped. This is why I went with Ryder Moving and Storage in the first place, because Darren guaranteed it within 7 days.

So, I fly back to Minnesota and immediately try calling Darren. No answer. A week later and no word from Ryder Moving and Storage after leaving about 7 voice mails and email to Darren and no return

call, I start wondering if I have gotten scammed. I start calling Ryder Moving and Storage and hitting every extension until a real human gets on the phone. I explain my situation, my frustration, and the fact that my sales representative has not returned 7 calls plus emails and inform Ryder Moving and Storage and this lady, Carrie, states that she understands my frustration and that my furniture is scheduled to ship out the following Thursday June 6th and that I would be receiving a phone call to confirm when it gets shipped. Well, that never happened. So, the following day after I was supposed to receive this phone call, I start calling back again. Left 3 more voice mails with a Joey P in the dispatch department, Darren, Carrie (Kari...not sure how she spells it) and a Larry in Quality Assurance. I finally get a call back from Joey P in the dispatch department. He stated that he understands my frustration, that indeed my furniture DID NOT SHIP OUT YET, and states that he is going to talk to Carrie/Kari about a possible discount. I also ask him why my sales rep, Darren, who hasn't honored anything since the sale hasn't returned my calls and he had not response. He stated he would get back to my ASAP on my situation. Never heard back from him. I called and left 3 more voice mails with him. No response. Absolutely appalling.

Fast forward another week. I continuously call again until someone answers. I get a Larry in Quality Assurance. I tell him the situation. He does what carry and Joey P have done. He told me he understood, that it was safe and that he doesn't know when it will be shipped. I told him that if I do not hear an answer on this that I was going to file a police report for theft because there has been no communication and my furniture hasn't showed up twice when they say it should have and he stated he would get to the bottom of this...actually his exact words were that he was going to "expedite this". Yeah, that didn't happen either. I finally get a hold of Joey P in the dispatch department again. He states that the "problem" is that they just "don't have any trucks going to Minnesota!". Are you serious?! I paid for a moving service to Minnesota and now you just don't have trucks that want to go to Minnesota! No word back at all.


It's now the week of June 10th, 2013. I try call Joey P, Larry, Darren, Carrie and no response. I finally dial some random extension at Ryder, ext. 203 and get a guy who I explain my situation to. He says he will have Joey P call me. I say this is unacceptable as I have almost another 10 messages in to every extension I knew at Ryder. Joey P then gets on the phone. I say "Joey, where's my furniture, I was told it shipped." Joey P then tells me that I should've received it by now and that he is going to IMMEDIATELY get to the bottom of this. He puts me on hold and states that he is going to call my driver, who's name is apparently 'Moses' and see what the deal is. He gets back on the phone and states that Moses is not answering but that he promises he will call me back before the end of the day. He also states that he will call me even if that means he calls me from home that night to let me know where my furniture was. I explained to him how it's a frightening situation being told that my furniture was apparently delivered but that it's in fact not here! HE NEVER CALLED BACK. It wasn't until 4 days later and another several messages that I spoke with Carrie/Kari. She stated that there was truck troubles with the movers and that is why my furniture hasn't arrived. She said now it will be another 4-5 days. It's now been 6 and as I write this review I do not have my furniture yet. It's been almost a month and it was supposed to be here 3 weeks ago. Still no return calls from Darren, Larry, or Joey. I explained my situation to Kari/Carrie who seemed to understand the frustration.

I told Carrie/Kari that I should deserve some sort of discount because this whole situation has been a disaster on the part of Ryder Moving and Storage. No discount offered. I also asked for an apology for nobody returning phone calls and being charged almost an extra $700-800 dollars. No apology. Completely unprofessional, unethical, fraudulent and extremely flat out rude.

I filed a complaint with the Office of the US Attorney General in Florida on the evening of June 13, 2013 explaining all of the above. I also called the actual Ryder company in Miami, Florida and

explained what has been going on. I also pointed out how it was an actual Ryder van that picked my furniture up and was assured that the actual Ryder company was in no way affiliated with Ryder Moving and Storage in Pompano Beach, Florida.

For anyone who wants to hear more, feel free to respond. I will give you my order #, I have records of all calls to Ryder Moving and Storage and copies of all emails and non-responses from Ryder.

I have never been so appalled by a company in my entire life. I have moved several times and never experienced anything remotely close to the rudeness, lack of professionalism and unethical practices that I've experienced with Ryder Moving and Storage in Pompano Beach, Florida.

The most upsetting part of this is that Darren stated that they are the actual "Ryder" company and told me to feel free to check out the website.

Today, June 20th, my furniture got delivered. It showed up in a white semi that was not affiliated with Ryder Moving and Storage at all. The supervisor stated that he has never worked with them before and stated that Ryder Moving and Storage apparently lied to me about my furniture ship dates as the supervisor stated that my furniture has been sitting in Chicago and was dropped off by another 3rd party organization. I am completely appalled that my personal belongings, furniture, bank statements, credit card statements, etc have been getting tossed around to different companies when Ryder Moving and Storage specifically stated in my signed contract that they have their own fleet of vehicles and never contract out to 3rd parties.

As a side note, two of the movers today got into an argument within 5 minutes of showing up here and one quit on the spot and took off walking down the street never to come back! This has been a working script of a horror/comedy skit. I am still stunned.

Joshua Schwandt
3905 S 4th Street
Moorhead, MN  56560
602-621-1714

From: "Michelle Denise Soto" <freedom0923@gmail.com>
To: "Olga S. Alvarez" <oalvarez@ryder.com>
Subject: Fwd: Record of notification for storage Michelle Fernandez

This was the email I sent them after their customer service representative contacted me and said that I had not contacted them to notify them that I needed additional storage.

---------- Forwarded message ----------
From: Michelle Denise Soto <freedom0923@gmail.com<mailto:freedom0923@gmail.com>>
Date: 2013/6/25
Subject: Record of notification for storage Michelle Fernandez
To: "crystaljackson1988@gmail.com<mailto:crystaljackson1988@gmail.com>"
<crystaljackson1988@gmail.com<mailto:crystaljackson1988@gmail.com>>

The first photo is from my call log, it shows that I called on June 12, 2013 and was on the phone for 5 minutes. This was when I notified Darren that we would be needing additional storage, he replied that he would inform a manager and I would receive a phone call the next day before 3pm from a manager and that if I didn't to call back. I was never contacted by anyone and when I called back, received no answer, I left various messages and finally received a response (while I was at work and unable to answer the call) from customer service June 19. Once again I called back and left a message (second photo)
The next time I was contacted was June 23, after my items had already been shipped. I was never called or emailed to be notified that my things were being shipped, a pretty standard standard consideration that most companies shipping anything provide. Though from my understanding, dispatch stated that the items were shipped because there was no longer room in storage for it, which leads me to believe that it would have been shipped regardless of notification or lack of consent. I find it disturbing that I am now being penalized for the lack of communication and slow response time on your end and am now expected to pay an additional $300 for extra storage since my items left your facility already (despite my notification) and another $300 for redelivery despite already being overcharged for space on the truck. This is despite the fact that I was told by both Darren AND the actual movers when they showed up (with only a 24 hour notification, a

1

day early and then 2 hours late on the day, and we STILL gave them a tip) saw the items being shipped and agreed that we were under the minimum, (Darren even said I could take extra boxes or even a bedroom set and it would be fine.) until everything was loaded on the truck and somehow now takes up more space in the truck (because of the way they chose to load it) than it did in the living room of my studio apartment. This entire experience has been far more stressful than my moves from NJ to PR and PR to Miami and almost twice as expensive. My partner and I chose Ryder (despite the fact that the quote we were given was $500 over our budget and what we had been quoted by various other companies) because Darren convinced us that we wouldn't be over charged like other companies would charge us, that he would deal with our move from beginning to end (and now we've been passed off), that Ryder would handle the entire moving process and that no third party would be involved (even though the contract says you reserve the right to use a third party). We were led to believe that Ryder would be a company that we could trust and that anything and everything would be done to ensure that this process would be as easy and reasonably priced as possible. As it currently stands none of these things have yet been proven to be true, quite the contrary. I am hoping that a resolution is quickly reached and that this experience is turned around into a positive one for me to review on the BBB website.

Patiently awaiting your response,
Michelle D. Fernandez
305-469-6899<tel:305-469-6899>



The information contained in this electronic communication and any accompanying document is confidential, may be
attorney-client privileged, and is intended only for the use of the addressee. It is the property of Ryder System, Inc. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful.  If you have received this communication in error, please notify the sender immediately by return
email, and destroy this communication and all copies of it, including all attachments. Electronic communication may be susceptible to data corruption, interception and unauthorized tampering and Ryder disclaims all liability of any kind for such actions or any consequences that may arise directly or indirectly therefrom.

# COMPOSITE EXHIBIT B

Putnam Affidavit

Ripoff Report | Ryder moving and Storage Complaint Review Pomp...       http://www.ripoffreport.com/r/Ryder-moving-and-Storage/Pompano...

Is there a Ripoff Report about you? SEO Reputation Management WARNING!   Click Here Now!

Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...

Don't let them get away with it.® Let the truth be known!™

Ripoff Report Verified Business Directory™

Ripoff Report
Verified or safe
businesses you can trust!

See It Now

Home    Help

Total Visits since 1998: 8,788,943,213    Estimated money Consumers saved since 1998: $15,380,650,622.66    Reports filed: 1,625,937

Register to File a Report    Login

**FILE A REPORT**    Update a Report    Latest Reports    Consumer Resources    Consumers Say Thank You    Legal Directory    Corporate Advocacy

Company Name or Report #    SEARCH

■ Ripoff Report protects consumers first amendment right to free speech    Review Latest Reports    Advanced Search    Browse Categories


LifeLock    Your Personal Information is Vulnerable    Help Protect Your Identity    30 DAYS FREE +10% Off*   ENROLL NOW

Had a heart attack or a stroke?
Do you have high cholesterol?
You may be able to take part in a research study.
Click now to see if you qualify.
DISCOVERY CLINICAL TRIALS

Report: #1054176

# Complaint Review: Ryder moving and Storage

**Related Reports**

Ryder Moving and Storage FRAUDULENT (Contract and Credit Card)SCAMMERS Pompano Beach Florida

Ryder Moving and Storage Several missed delivery dates & Extorting me for more money or they refuse to deliver my furniture Pompano Beach Florida

Ryder Moving and Storage Ripped me off with a double deposit and then lost 3 boxes with all the my personal things! Pompano Beach, Florida

RYDER MOVING AND STORAGE JOSH SOCHER, CONRAD GUNTER, DARREN, JIMMY, BRIAN CHAFEN, SCAMMERS, CON ARTIST (PREVIOUSLY KNOWN AS GLOBAL EXPRESS VAN LINES SALES TEAM) JOSH SOCHER, CONRAD GUNTER, DARREN, JIMMY, BRIAN CHAFEN, SCAMMERS, CON ARTIST, THIEVES, SAY ANYTHING TO GET THE DEPOSIT AND THEN THEY RIP YOU A NEW ONE WITH HIDDEN FEES AND CHARGES OUT THE WHAZOOOOO PLANTATION Florida

ryder moving and storage stole our entire household. Some items are irreplaceable from deceased family members. pompano beach , Florida

RYDER MOVING AND STORAGE Storage and Moving Service, Inc Ripoff scam fraud joke Internet

Guardian moving and storage LLRip off Estimated at even close. Brought SMALL Ryder truck and needed more than 1 trip Rancho(, Hawaii)

**Featured Ripoff Reports**



Ben Smith Sac County Iowa Attorney prosecutorial misconduct, improper relationship with star witnesses, allowing

Submitted: Mon, May 27, 2013    Updated: Mon, May 27, 2013
Reported By: kb3301 — Massena New York

Ryder moving and Storage    Phone: 866-202-0264
3000-2 NW 25th Ave Building #3    Web:
Pompano Beach, Florida    http://www.rydermovingandstorage.com/home
USA    Category: Moving Companies

## Ryder moving and Storage Several missed delivery dates & Extorting me for more money or they refuse to deliver my furniture Pompano Beach Florida

Recommend this on Google    Tweet  0    Like  0

**REBUTTAL BOX™ | Respond to this Report!**

Add Rebuttal to this Report    Arbitrate & Set Record Straight

File New Report    Repair Your Reputation

**Beware of Ryder moving and Storage**

0    0    0
Author    Consumer    Employee/Owner

**Poor Service:** I hired Ryder Moving and Storage to move my belongings from Florida to New York. The gentlmen that I originally spoke with told me that I would have my belongings within a weeks time, however it has been over six weeks now, and there is still no sign of my furniture. On the occasions that Ryder does return my call, they do provide me with a delivey date, however each time they do not show. I have bee living in a vacant house now because they keep telling me my furniture will arrive in the immediate future. For example it is memorial day today (Monday). Ryder told me that they would be here Friday. That never happened, so when I called the office, Kerry told me that they would arrive on Saturday. Here it is Monday and I have not gotten to so much as a call. This is about the fourth missed delivery with Josh, Darren, Gilbert (AKAConrad) the driver, and now Kerry all giving me a delivery date later than the former.

**Hidden Costs:** Although I was told by Gilbert that my sales rep that there would be no hidden costs, Ryder moving and storage is now charging me 2900dollars for the job that they originally bid at $1900. They gave me  a document saying that I would be in

Terror Group Gets "A" Rating From Better Business Bureau?
2020
BBB
Does your business have a bad reputation? Fix it the right way.
Corporate Advocacy Program™
SEO Reputation Management at its best!


Here's 4 FREE Videos to Show You a Way Out!
Ripoff Report Verified
Ripoff Report Verified® businesses you can trust!

CHOICES ARE GOOD GOLD OR SILVER? Goldline®    Victim of a Ripoff? Don't get mad    Learn more
Advertisers above have met our strict standards for business conduct.


Tornado Relief c/o WeGoLook 100 NE 5th St OKC, OK 73104
A "Employee & our sister's call" 888-something as they were severely damaged in the tornado on May 20th. If you would like to help us, extra clothing or groceries you can accept online gift. All donations {need to a No cash transaction, e-check cost etc} made any donations through Paypal for a WeGoLook.com)
WeGOLook

Ripoff Report | Ryder moving and Storage Complaint Review Pomp...       http://www.ripoffreport.com/r/Ryder-moving-and-Storage/Pompano...



Is there a Ripoff Report about you? SEO Reputation Management WARNING!   Click Here Now!

guide

**Ripoff Report**

Is there a Ripoff Report on you?

**Reputation Management SEO WARNING!**
They might contact you next!

Past Featured Reports

Ripoff Reports

... signature that was on the bid so they had to increase my price to over $2k. To date they have charged over $2,200 for this service, and have had me hold on to $750 cash to give to the driver upon delivery. To date Ryder keeps giving me delivery dates, and ...

This report was posted on Ripoff Report on 05/27/2013 03:11 PM and is a permanent record located here: http://www.ripoffreport.com/r/Ryder-moving-and-Storage/Pompano-Beach-Florida-33069/Ryder-moving-and-Storage-Shady-Illegal-Delivery-dates-Extorting-me-for-more-money-or-1054176. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Ryder moving and Storage

**Search for additional reports**
If you would like to see more Rip-off Reports on this company/individual, search here:

| Ryder moving and Storage | Search | Search Tips |

**Report & Rebuttal**

| Respond to this report! | Also a victim? | Repair Your Reputation |
| File a Rebuttal | File a Report | Get Started |

**Arbitrate**
Remove Reports?
No! Better yet! Arbitrate to set the record straight!


New Golden Rule #82
**TWO PRECIOUS METALS ARE BETTER THAN ONE.**
The limited edition War of 1812 bullion coins.
Learn more »
888-561-5616
Goldline








Is there a Ripoff Report about you? SEO Reputation Management WARNING!   Click Here Now!

Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers.

Ripoff Report Verified Business Directory™

Don't let them get away with it® Let the truth be known!™

Ripoff Report Verified & safe businesses you can trust!   See It Now

Home    Help

Total Visits since 1998: 8,788,943,213     Estimated money Consumers saved since 1998: $15,380,650,622.68     Reports filed: 1,625,937

Register to File a Report    Login

Company Name or Report #

FILE A REPORT    Update a Report    Latest Reports    Consumer Resources    Consumers Say Thank You    Legal Directory    Expose your reputation the right way Corporate Advocacy    SEARCH

■ Ripoff Report protects consumers first amendment right to free speech     Review Latest Reports    Advanced Search    Browse Categories

LifeLock    Your Personal Information is Vulnerable    Help Protect Your Identity    30 DAYS FREE +10% Off*   *Offer Details

ENROLL NOW

Report: #1050683

# Complaint Review: Ryder Moving and Storage

Related Reports

Ryder Moving and Storage FRAUDULENT (Contract and Credit Card)/SCAMMERS Pompano Beach Florida

Ryder moving and Storage Several missed delivery dates & Extorting me for more money or they refuse to deliver my furnature Pompano Beach Florida

Ryder Moving and Storage Ripped me off with a double deposit and then lost 3 boxes with all the my personal things! Pompano Beach, Florida

RYDER MOVING AND STORAGE JOSH SOCHER, CONRAD QUINTER, DARREN, JUMU, BRWU CHAFFN, SCAMMERS, CON ARTIST (PREVIOUSLY KNOWN AS GLOBAL EXPRESS VAN LINES SALES TEAM) JOSH SOCHER, CONRAD QUINTER, DARREN, JUMU, BRWU CHAFFEN, SCAMMERS, CON-ARTIST, THEMES. SAY ANYTHING TO GET THE DEPOSIT AND THEN THEY RIP YOU A NEW ONE WITH HIDDEN FEES AND CHARGES OUT THE WHAZOOOOO PLANTATION, Florida

ryder moving and storage stole our entire household. Some items are irreplaceable from deceased family members. pompano beach , Florida

RYDER MOVING AND STORAGE Storage and Moving Service, Inc. Ripoff scam fraud liar Internet

Guardian moving and storage LIRip off Estimate not even close. Brought SMALL Ryder truck and needed more than 1 trip Kapolei, Hawaii

Featured Ripoff Reports



Ben Smith Sac County Iowa Attorney prosecutorial misconduct, improper relationship with star witnesses, allowing

Submitted: Mon, May 13, 2013    Updated: Mon, May 13, 2013
Reported By: Pam — Austin Texas

Ryder Moving and Storage
3000 NW25th Ave Suite 2
Pompano Beach, FL, Florida
USA

Phone: 1-866-202-0264
Web:
Category: Liars

## Ryder Moving and Storage Ripped me off with a double deposit and then lost 3 boxes with all the my personal things! Pompano Beach, Florida

Recommend this on Google    Tweet ~0    Like   0

REBUTTAL BOX™ | Respond to this Report!

Add Rebuttal to this Report        Arbitrate & Set Record Straight

File New Report        Repair Your Reputation

Well to start with they gave me an estimate which was all incorrect they double charged me, and also charged me an extra $400.00 deposit on top of the $500.00 deposit to have them come out to move us! Then when they came to drop off our things we are missing 3 boxes, which was 2 jewelry boxes, all the remotes to are TVs, my shredder for my office, my undergarments I am so upset about the whole thing this needs to be addressed!!! We also have pictures of all the broken items that we recieved from the move!

0        0        0
Author   Consumer   Employee/Owner

Terror Group Gets 'A' Rating From Better Business Bureau?

2020

BBB

Does your business have a bad reputation? Fix it the right way.
Corporate Advocacy Program™

SEO Reputation Management at its best!

This report was posted on Ripoff Report on 05/13/2013 06:12 PM and is a permanent record located here: http://www.ripoffreport.com/r/Ryder-Moving-and-Storage/Pompano-Beach-FL-Florida-33069-108 /Ryder-Moving-and-Storage-Ripped-me-off-with-a-double-deposit-and-then-lost-3-boxes-with-a-1050683. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.



Ripoff Report Verified™   businesses you can trust!

Verify before you buy WeGoLook.com    Only $59.00   Get a Quote   Get and

Advertisers above have met our strict standards for business conduct.



Tornado Relief WeGoLook 103 NE 5th St OKC, OK 73104

A Employee in our office lost their house or they were severely damaged in Moore/OKC on May 20th. If you would like to help with food, clothing or donations you may request online get sincerities. (need to do donation service for ripoff.com) or jewelry donations through Paypal [paypal@wegolook.com]

WeGOLook

Ripoff Report | Ryder Moving and Storage Complaint Review Pom...        http://www.ripoffreport.com/r/Ryder-Moving-and-Storage/Pompano...

Is there a Ripoff Report about you? SEO Reputation Management WARNING!   Click Here Now!

**guide**

Search for additional reports
If you would like to see more Rip-off Reports on this company/individual, search here:

Ryder Moving and Storage        Search      Search Tips

## Report & Rebuttal

**Respond to this report!**          **Also a victim?**          **Repair Your Reputation!**

File a Rebuttal          File a Report          Get Started

## Arbitrate

Remove Reports?
No! Better yet! Arbitrate to set the record straight!

**Reputation Management SEO WARNING!**
They might contact you next!

New Golden Rule #82

**TWO PRECIOUS METALS ARE BETTER THAN ONE.**

The limited edition War of 1812 bullion coins.

Learn more

888-561-5616

Goldline

INTERNATIONAL INC

Past Featured Reports

Ripoff Reports

Ripoff Report | ryder moving and storage Complaint Review pompa...          http://www.ripoffreport.com/r/ryder-moving-and-storage/pompano-...

Is there a Ripoff Report about you!? SEO Reputation Management WARNING!   Click Here Now!

Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...

Don't let them get away with it ® Let the truth be known!™

Ripoff Report Verified Business Directory™

Ripoff Report Verified or safe ...businesses you can trust!

See It Now

Home    Help

Total Visits since 1998: 6,788,943,213    Estimated money Consumers saved since 1998: $15,380,650,622.68    Reports filed: 1,625,937

Register to File a Report    Login

FILE A REPORT    Update a Report    Latest Reports    Consumer Resources    Consumers Say Thank You    Legal Directory    Repair your reputation the right way Corporate Advocacy    Company Name or Report #    SEARCH

■ Ripoff Report protects consumers first amendment right to free speech    Review Latest Reports    Advanced Search    Browse Categories

LifeLock    Your Personal Information Is Vulnerable    Help Protect Your Identity    30 DAYS FREE +10% Off* *Offer Details

ENROLL NOW



One Question Site Survey
IT TAKES ONLY SECONDS TO ANSWER BELOW
Which of the following truck rental services have you heard of?
SELECT UP TO 4 ANSWERS

⎯ Penske
⎯ Budget
⎯ Enterprise
⎯ U-Haul
⎯ None of the Above

VOTE TO SEE RESULTS

POWERED BY VIZU

Report: #1044866

# Complaint Review: ryder moving and storage

**Related Reports**

Ryder Moving and Storage FRAUDULENT (Contract and Credit Card)SCAMMERS Pompano Beach Florida

Ryder moving and Storage Several missed delivery dates & Extorting me for more money or they refuse to deliver my furniture Pompano Beach Florida

Ryder Moving and Storage Ripped me off with a double deposit and they lost 3 boxes with all the my personal things! Pompano Beach, Florida

RYDER MOVING AND STORAGE JOSH SOCHER, CONRAD GUNTER, DARREN, JIMMY, BRIAN CHAFFEN, SCAMMERS, CON ARTIST (PREVIOUSLY KNOWN AS GLOBAL EXPRESS VANLINES SALES TEAM) JOSH SOCHER, CONRAD GUNTER, DARREN, JIMY, BRIAN CHAFFEN, SCAMMERS, CON ARTIST, THIEVES, SAY ANYTHING TO GET THE DEPOSIT AND THEN THEY RIP YOU A NEW ONE WITH HIDDEN FEES AND CHARGES OUT THE WHAZOOOOO PLANTATION, Florida

ryder moving and storage stole our entire household. Some items are irreplaceable from deceased family members, pompano beach , Florida

RYDER MOVING AND STORAGE Storage and Moving Service, Inc. Ripoff scam fraud joke Internet

Guardian moving and storage I J Rip off Estimate not even close. Brought SMALL Ryder truck and needed more than 1 trip Kapolei, Hawaii

**Featured Ripoff Reports**



Ben Smith Sac County Iowa Attorney prosecutorial misconduct, improper relationship with star witnesses, allowing

**Submitted:** Sat, April 20, 2013    **Updated:** Sat, April 20, 2013
**Reported By:** tim — old town Florida

ryder moving and storage
300 nw 26th ave suite 2
pompano beach , Florida
United States of America

Phone: 1-866-202-0284
Web: ryder moving and storage
Category: Liars

## ryder moving and storage stole our entire household. Some items are irreplaceable from deceased family members. pompano beach , Florida

Recommend this on Google    Tweet · 0    Like · 0

**REBUTTAL BOX™ | Respond to this Report!**

| Add Rebuttal to this Report | Arbitrate & Set Record Straight |
| File New Report | Repair Your Reputation |

I hired them to relocate us since I am now a disabled veteran and was unable to do it myself. It has been six weeks now almost seven. I have had 5 guaranteed delivery dates come and go and still no belongings which include several keepsakes from my deceased brother and fiancee's deceased mother. I have a devastating back injury and this was explained to Darren thoroughly and repeatedly but I was still forced to sleep on the floor because he is unable to either find or replace our belongings. Do Not Ever Hire This Company. More to come daily.

| | 0 Author | 0 Consumer | 0 Employee/Owner |



Terror Groups Gets 'A' Rating From Better Business Bureau?

2020

BBB

Does your business have a bad reputation? Fix it the right way.
Corporate Advocacy Program™
SEO Reputation Management at its best!

This report was posted on Ripoff Report on 04/20/2013 01:10 PM and is a permanent record located here: http://www.ripoffreport.com/r/ryder-moving-and-storage/pompano-beach-Florida-33069/ryder-moving-and-storage-stole-our-entire-household-Some-items-are-irreplaceable-from-de-1044866. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.



TIMESHARE or CRIMESHARE

VO Financial Corporation is the only one you can trust.
If you are a victim, it ends today!

Ripoff Report Verified or ...businesses you can trust!



7/3/2013 12:35 AM

Don't use this company - moving review on Ryder Moving and Storage    http://www.mymovingreviews.com/movingreviews/don-t-use-this-...

Sign in | Register movers | Free Mobile App

SEARCH

Home    Write a Review    Movers' Ratings    Cost Estimator    Resources    Moving Answers    About

Home › Movers › Ryder Moving and Storage › Don't use this company

### Share this moving experience!

Share | 0
Tweet | 0
Share | 0

# Don't use this company - Moving Review

## Review on Ryder Moving and Storage

Rating: ✪✪✪✪✪, Posted by Richard on Jun 06, 2013

I was told by the dispatcher that they would be at my home around 11 in the morning to pick up my belongings. After many phone calls they showed up at 6:30pm. They did not finish the job that night and had to come back the next morning. They charged me extra for packing one of my items when I was told it was all included.

I called for delivery once I had my closing date and was told it was all scheduled. Dispatch would not return my calls and the driver finally called and said they would be there the next day.

When they arrived at my house late the next day they said their was a $100 charge for stairs, the contract stated that 1 flight of stairs was included. At both pick up and delivery all they kept asking for was a tip.

When unpacking we found several broken items, thankfully nothing of high value. I did not file a claim because I want nothing more to do with these liars. They packed three valet cartons, one they hung items and the other two the clothes were just thrown in.

The total bill was about $1000 higher than the initial quote.



U-PACK MOVING — We Drive. You Save.
Click Here for Your FREE Moving Quote!

Share this review on f

### Ryder Moving and Storage Moving Overview

Quote or Order ID:
Movers Cost: **2200.00 USD**

Origin pickup Country: **USA**
Origin pickup State: **Florida**
See all Florida movers
Picked up: **Late**

Destination drop off Country: **USA**
Destination drop off State: **Florida**
See all movers in Florida
Delivery: **Late**

Primary contact person (Salesman): **Darren**
Secondary contact person:

### Items Condition After Delivery

Dirty items: **No**
Stolen items: **No**
Damaged items: **Yes**

### Ryder Moving and Storage Moving Rating

Honesty:
Experience (Professionalism):
Promptness (Hold times):
Communication:
Appearance:

### More info on Ryder Moving and Storage

Read all Ryder Moving and Storage Reviews.
See all Plantation, FL movers.



Share your moving experience and write a Ryder Moving and Storage review.

< PREVIOUS REVIEW

NEXT REVIEW >

### Comment on this review

Add a comment...

Comment using...

Facebook social plugin

### You are a Moving Company

Are you a moving company representative? You want to respond to customers' reviews?
Get a free company account to post review responses today. It's free!

Movers never showed up and kept me hanging til 5pm that day - mo...    http://www.mymovingreviews.com/movingreviews/movers-never-s...

Sign in | Register movers | Free Mobile App

SEARCH

Home   Write a Review   Movers' Ratings   Cost Estimator   Resources   Moving Answers   About

Home › Movers › Ryder Moving and Storage › Movers never showed up and kept me hanging til 5pm that day

**Share this moving experience!**

Share   0

Tweet  0

Share  0

### Movers never showed up and kept me hanging til 5pm that day - Moving Review

**Review on Ryder Moving and Storage**

Rating: ⭐⭐⭐⭐⭐, Posted by Mai-Anh Hoang on Jun 03, 2013

I was deeply disappointed. I should have checked reviews on the Better Business Bureau (BBB) but had trusted the sales rep who did a great job assuring me all was fine. On the BBB, Ryder Moving and Storage got a "F" and I now see why. On the weekend of the move, they were suppose to call me within 24 hours of the move. I never received a call from them after maybe 10 calls asking them for the date and time. They never called and only responded when I finally reached a live person (which was only 1 out of 20 times I phoned). When I spoke with their customer service rep, she always assured me that dispatch would return my call shortly. I never received a return call. Only after I insisted on a time did they say 3-4pm. I was surprised the movers would come so late. I then got a call at 4:30 to say the truck broke down and they couldn't come at all and would need to reschedule for 3-4 days later. That was impossible as I was not living in FL at the time. I had moved to DC for work 3 months prior. I had to fly my family of 3 to FL from D.C. and meet the movers. Anyway, I cancelled the move and they refunded my deposit but I was left with the short end of the stick b/c I had purchased 3 airflights (for my husband, I, and 4-year old to meet the movers) and rental car and a total of 2 days each of lost work for my husband and I. I moved about 10 times in my life and this was the most unprofessional move I've experienced. I write this just to caution everyone to really investigate the terms and look into other reviews carefully before going with Ryder.

### Professional Movers
MovingAmericaOfFlorida.com
Moving America Florida Guaranteed Lowest Moving Rates In The Industry



AdChoices ▷

Share this review on 👍 ⚡

### Ryder Moving and Storage Moving Overview

Quote or Order ID: Y4534925
Movers Cost: 2.00 USD

Origin pickup Country: **USA**
Origin pickup State: **Florida**
See all Florida movers
Picked up: **Never**

Destination drop off Country: **USA**
Destination drop off State: **Florida**
See all movers in Florida
Delivery: **Never**

Primary contact person (Salesman): **Darren**
Secondary contact person:

### Items Condition After Delivery

Dirty Items: **No**
Stolen Items: **No**
Damaged Items: **No**

### Ryder Moving and Storage Moving Rating

Honesty: |
Experience (Professionalism): |
Promptness (Hold times): |

### More Info on Ryder Moving and Storage

Read all Ryder Moving and Storage Reviews.
See all Plantation, FL movers.

Share your moving experience and write a Ryder Moving and Storage review.

| < PREVIOUS REVIEW |

| NEXT REVIEW > |

### Comment on this review

Add a comment...

Comment using...

Facebook social plugin

**Send a message to Mai-Anh Hoang**

Ask Mai-Anh Hoang about the moving services of Ryder Moving and Stora willing to be used as a reference. Please use this form to contact this cust

Your Name:

READ MORE FOR RYDER MOVING AND STORAGE          x

**Don't use this company**

Review Rating: ⭐⭐

I was told by the dispatcher that they would be at my home around 11 in the morning to pick up my belongings. After many phone calls they showed up... ·
read the full review

Terrible Customer Service - moving review on Ryder Moving and St...     http://www.mymovingreviews.com/movingreviews/terrible-custome...

Sign in | Register movers | Free Mobile App

SEARCH

Home   Write a Review   Movers' Ratings   Cost Estimator   Resources   Moving Answers   About

Home › Movers › Ryder Moving and Storage › Terrible Customer Service

## Terrible Customer Service - Moving Review

### Review on Ryder Moving and Storage

Rating: ✪ ✪ ✪ ✪ ✪, Posted by M.Gardner on Mar 17, 2013

In February I Internet searched for a moving Company.At first everything looked ok about Ryder Moving and Stoarage. The estimate was in writing so I decided to move forward, The representative Gilbert was pleasant so I told him a tenative date and I would sign the contract. The next week I called because I had an exact date and then I found out the true color of Ryder. They first want more money than any other company I called for deposit and they want it non-refinable. I was very uncomfitable with this as what if they don't show? So we agreed on $500 instead of a 1/3 of the move down. Then I was 1 week from move date and the push began. Three different people called from Ryder wanting half of the move money and Josh especially pushed hard even after I told him I was not at home and would have the funds when they picked up my belongings as per THEIR AGREEMENT. He was very insitant but once again I do not believe in paying for something up front when no service has been rendered. I then made a much more extensive research on Ryder and found nearly all the employees used to work for a company called Global and even had an open complaint with the attorney general. I also found out they lied to me. The one reason I booked in the first place was they said they were in business for 5 years. They only had been licensed since Nov 2012. I cancelled my order and of course even though they were deceitful on there business time they refused to refund my deposit. Your money is more important then any service they offer.

### Professional Movers
MovingAmericaOfFlorida.com
Moving America Florida Guaranteed Lowest Moving Rates In The Industry



AdChoices ▷

Share this review on 🅵 🖂



### Ryder Moving and Storage Moving Overview

Quote or Order ID: 4529183
Movers Cost: 3433.00 USD

Origin pickup Country: USA
Origin pickup State: Florida
See all Florida movers
Picked up: Never

Destination drop off Country: USA
Destination drop off State: Florida
See all movers in Florida
Delivery: Never

Primary contact person (Salesman): Gilbert
Secondary contact person:

### Items Condition After Delivery

Dirty Items: No
Stolen Items: No
Damaged Items: No

[ < PREVIOUS REVIEW ]

### Ryder Moving and Storage Moving Rating

Honesty: |
Experience (Professionalism): |
Promptness (Hold times): |
Communication: |

### More Info on Ryder Moving and Storage

Read all Ryder Moving and Storage Reviews.
See all Plantation, Fl. movers.

Share your moving experience and write a Ryder Moving and Storage review.

[ NEXT REVIEW > ]

### Comment on this review

Add a comment...

Comment using...

Facebook social plugin

READ MORE FOR RYDER MOVING AND STORAGE

### Kept Scheduling Delivery and Not Showing Up

Review Rating: ✪ ✪ ✪ ✪ ✪

Beware of Ryder moving and Storage Poor Service: I hired Ryder Moving and Storage to move my belongings from Florida to New York. The gentlmen that... - read the full review

### Send a message to M.Gardner

Ask M.Gardner about the moving services of Ryder Moving and Storage. M be used as a reference. Please use this form to contact this customer for r

Your Name:
[                                        ]

# COMPOSITE EXHIBIT C

Putnam Affidavit



## WELCOME TO RYDER MOVING AND STORAGE



Looking for a professional moving service without the worry of "small print charges" and/or "third party Moving Companies" where by the time you are done the charges end up being double of the original estimate.

Well it's now available for you here at Ryder Moving and Storage where you can now get "professional movers at affordable prices"

That's right and best of all you don't have to wait! Just fill out your information on the right hand side and one of our Sr Moving consultant's will give youa call within 30 minutes and give you your estimate right over the phone. Want to know what is different with Ryder Moving and Storage than just any Moving Company.

© Read More



## Our Services

| Packing | Storage | Promotional Discounts |
|---|---|---|
| Many of our customers prefer to have all their belongings packed professionally to avoid risk of damage. | Ryder Moving and Storage offers many options for your storage needs. | Cut out Coupon below and give to one of our movers on pick-up for extra Discount. |
| **Read More** | **Read More** | **Read More** |

Household moves, including local moves and long distance moving. Free estimates for moving, including in-home estimates with binding prices. Inexpensive professional moves and professional packing or packing materials.
*Florida Movers: Fort Lauderdale, Palm Beach, Tampa, Boca Raton, Orlray, and more.*
*Flat Rate Prices!*

**AMSA**
American Moving &
Storage Association

?AA&xl=http%3A%2F%2Fwww.ryderm



## ABOUT US



Welcome to Ryder moving and storage. In today's world we realize that time is valuable. Here at Ryder Moving and Storage we take, the stress, energy, time, and most importantly "the labor" out of your hands by having one of our professional crews take care of the move for you. Here at Ryder moving and storage we assign each customer with one of our professionally trained moving consultants, who will guide you through your move from start to finish. In addition your moving consultant will be available to answer any questions or concerns that may arise before or during your move. Most importantly your move will be handled by Ryder Moving and Storage from pickup through delivery.

What you can expect from Ryder Moving and Storage during you long distance move:

→ **Competitive Pricing:** Guarantee lowest prices (against any reputable company).

→ **Personalized Moves:** Here at Ryder Moving and Storage you the customer get to "personalize" your moving needs.

→ **Storage:** Customers that need storage, first 30 days of storage free and no redelivery charge.

→ **In Home Estimates:** Provided free of charge in available areas, (contact your moving representative for specific details).

→ **Professional Services:** Here at Ryder moving and Storage all of our moving crews have at least 5 years of experience, you can rest assure that your valuables are in good hands.







## PACKING

Many of our customers prefer to have all their belongings packed professionally to avoid risk of damage. You many choose to customize your packing options by requesting us to pack all the items being moved (most popular & largest discount) or you can choose our partial pack for only those "items" that are fragile or of high value. Either option you select, the pricing includes all of the packing materials and labor. For those customers that prefer to self pack their belongings, Ryder Moving and Storage also offers all of your packing material needs.

**Free Consultation**

Great Services at Affordable Fees

Full Name:

e-mail:

Home Phone:

Office Phone:

Cell Phone:

Date of Move:

Moving From Zip code:

Moving To Zip code:

Volume:



## STORAGE

Ryder Moving and Storage offers many options for your storage needs. If you decided to store your belongings in one of our climate controlled storage facilities, the first 30 days is on us. We also offer storage for those customers that require longer then 30 days.

Free Storage and Re-delivery: Ryder moving and storage offers to store your belongings for up to 30 days with re-delivery at "NO ADDITIONAL CHARGE".

Long Term Storage: for those customers that need more then 30 days, we offer long term storage, at which the first 30 days is still free and any additional month after will be priced accordingly to the size of the load.



Free Consultation

Great Services at Affordable Fees







## SPECIAL PROMOTIONS

Cut out Coupon below and give to one of our movers on pick-up for extra Discount









## BINDING ESTIMATE

One of the biggest mistakes a customer makes is going with a "broker" or "third party company". The problem with that is:

→ The customer is paying extra for their move due to "third party" fees that are passed along to the consumer.

→ The customer has no idea which moving company will show up and once that company does shows up they usually have "their own" set of charges that the broker or "third party" did not disclose.

Here at Ryder Moving and Storage we complete the entire process of your move from pick up to delivery so you can rest at ease when our professional crew comes to pick you up. As all of Ryder's Moving and Storage employees go through back ground checks and must have over 5 yrs of moving experience to join our team. Because we here At Ryder Moving and Storage we make our customers at assured by giving them a BINDING PRICE base on weight or inventory. So there are no surprises on the day of your move.







Free Consultation

Great Services at Affordable Fees

Full Name:

E-Mail:

Home Phone:

Office Phone:

Cell Phone:

Date of Move:

Moving From zip code:

Moving To zip code:

Volume:





**RYDER**
MOVING AND STORAGE
3000-2 NW 26th Ave Building #3
Pompano Beach Florida, 33069

IM # 2150   D.O.T # 2305174   M.C # 798299   Phone : 866-202-0354
Email : Info@Rydermovingandstorage.Com

Testimonials

## TESTIMONIALS

So glad I went with a professional moving service. Movers were very professional, the move went as planned, and so happy there was another option rather than renting a truck and doing it myself. (which the difference in price was well worth it)

Sara P.

--------------------------------------------------

There guys were great , so happy  I had an alternative to doing it myself, or paying almost 50% more if I went with one of the other household name movers, Allied, United, Mayflower, etc.

Tammy R.

--------------------------------------------------

Just received my delivery from Ryder Moving and Storage.  Not only did they do an excellent job, but I just finished unpacking and I received all my belongings in the same condition as when they were picked up. Great job, great company.

Bill J.



### Free Consultation

Great Services at Affordable Fees
Full Name:

E-Mail:

Home Phone:

Office Phone:

Cell Phone:

Date of Move:
January ▼   20XX ▼
Moving From zip code:

Moving To zip code:

Volume:
< Size of Move > ▼







3000-2 NW 25th Ave Building #3
Pompano Beach Florida, 33069

Search this website...   [ Submit Query ]
IM # 2150   D.O.T # 2305174   M.C.# 798299   Phone : 866-202-0264
Email : info@rydermovingandstorage.com

- Home
- About Us
- Packing
- Storage
- Special Promotions
- Binding Estimate
- Testimonials

# WELCOME TO Ryder Moving and storage



Looking for a professional moving service without the worry of "small print charges" and/or "third party Moving Companies" where by the time you are done the charges end up being double of the original estimate.

Well it's now available for you here at Ryder Moving and Storage where you can now get "professional movers at affordable prices"

That's right and best of all you don't have to wait! Just fill out your information on the right hand side and one of our Sr Moving consultant's will give you a call within 30 minutes and give you your estimate right over the phone. Want to know what is different with Ryder Moving and Storage then just any Moving Company.

Read More

## Our Services

### Packing

Many of our customers prefer to have all their belongings packed professionally to avoid risk of damage.

Read More

### Storage

Ryder Moving and Storage offers many options for your storage needs.

Read More

### Promotional Discounts

Cut out Coupon below and give to one of our movers on pick-up for extra Discount.

Read More



Household moves, including local moves and long distance moving. Free estimates for moving, including in-home estimates with binding prices. Inexpensive professional moves and professional packing or packing materials.
*Florida Movers: Fort Lauderdale, Palm Beach, Tampa, Boca Raton, Delray, and more.*
*Flat Rate Prices!*

- · Full Name:
- ·
- · E-Mail:
- ·
- · Home Phone:
- ·
- · Office Phone:
- ·
- · Cell Phone:
- ·
- · Date of Move:
- · January   1   2013
- · Moving From zip code:
- ·
- · Moving To zip code:
- ·
- · Volume:
- · < Size of Home >
- · [ Reset ] [ Next ]

Copyright © 2012 Ryder Moving and Storage. All Rights Reserved    |    Sitemap |    Website Designers : 123Triad



**MOVING AND STORAGE**
"Professional Moving At Affordable Prices"
3000-2 NW 25th Ave Building #3
Pompano Beach Florida, 33069

Search this website... [Submit Query]
IM # 2150   D.O.T # 2305174   M.C.# 798299   Phone : 866-202-0264
Email : info@rydermovingandstorage.com

- Home
- About Us
- Packing
- Storage
- Special Promotions
- Binding Estimate
- Testimonials

## About Us



Welcome to Ryder moving and storage. In today's world we realize that time is valuable. Here at Ryder Moving and Storage we take, the stress, energy, time, and most importantly "the labor" out of your hands by having one of our professional crews take care of the move for you. Here at Ryder moving and storage we assign each customer with one of our professionally trained moving consultants, who will guide you through your move from start to finish. In addition your moving consultant will be available to answer any questions or concerns that may arise before or during your move. Most importantly your move will be handled by Ryder Moving and Storage from pickup through delivery.

**What you can expect from Ryder Moving and Storage during you long distance move:**

- Competitive Pricing: Guarantee lowest prices (against any reputable company).
- Personalized Moves: Here at Ryder Moving and Storage you the customer get to "personalize" your moving needs.
- Storage: Customers that need storage, first 30 days of storage free and no redelivery charge.
- In home Estimates: Provided free of charge in available areas, (contact your moving representative for specific details).
- Professional Services: Here at Ryder moving and Storage all of our moving crews have at least 5 years of experience, you can rest assure that your valuables are in good hands.

- 
  - Full Name:
  - 
  - E-Mail:
  - 
  - Home Phone:
  - 
  - Office Phone:
  - 
  - Cell Phone:
  - 
  - Date of Move:
  - January   · 1 · 2013 · ·
  - Moving From zip code:
  - 
  - Moving To zip code:
  - 
  - Volume:
  - < Size of Home >   · ·
  - [Reset] [Next]

Copyright © 2012 Ryder Moving and Storage. All Rights Reserved    |   Sitemap |   Website Designers : 123Triad



**RYDER**
**MOVING AND STORAGE**
"Professional Moving At Affordable Prices"
3000-2 NW 25th Ave Building #3
Pompano Beach Florida, 33069



Search this website...   [ Submit Query ]
IM # 2150   D.O.T # 2305174   M.C.# 798299   Phone : 866-202-0264
Email : info@rydermovingandstorage.com

- Home
- About Us
- Packing
- Storage
- Special Promotions
- Binding Estimate
- Testimonials

## Packing

Many of our customers prefer to have all their belongings packed professionally to avoid risk of damage. You many choose to customize your packing options by requesting us to pack all the items being moved (most popular & largest discount) or you can choose our partial pack for only those "items" that are fragile or of high value. Either option you select, the pricing includes all of the packing materials and labor. For those customers that prefers to self pack their belongings, Ryder Moving and Storage also offers all of your packing material needs.





- Full Name:
- E-Mail:
- Home Phone:
- Office Phone:
- Cell Phone:
- Date of Move:
  - January    1    2013
- Moving From zip code:
- Moving To zip code:
- Volume:
  - < Size of Home >
- [ Reset ] [ Next ]

Copyright © 2012 Ryder Moving and Storage. All Rights Reserved    |    Sitemap |    Website Designers : 123Triad



**RYDER**
**MOVING AND STORAGE**
*"Professional Moving At Affordable Prices"*
3000-2 NW 25th Ave Building #3
Pompano Beach Florida, 33069

Search this website...  [Submit Query]
IM # 2150   D.O.T # 2305174   M.C.# 798299   Phone : 866-202-0264
Email : info@rydermovingandstorage.com

- Home
- About Us
- Packing
- Storage
- Special Promotions
- Binding Estimate
- Testimonials

## Storage



Ryder Moving and Storage offers many options for your storage needs. If you decided to store your belongings in one of our climate controlled storage facilities, the first 30 days is on us. We also offer storage for those customers that require longer then 30 days.

**Free Storage and Re-delivery:** Ryder moving and storage offers to store your belongings for up to 30 days with re-delivery at **\*NO ADDITIONAL CHARGE\***.

**Long Term Storage:** for those customers that need more then 30 days, we offer long term storage, at which the first 30 days is still free and any additional month after will be priced accordingly to the size of the load.



- Full Name:
- E-Mail:
- Home Phone:
- Office Phone:
- Cell Phone:
- Date of Move:
- January · 1 · 2013 ·
- Moving From zip code:
- Moving To zip code:

Packing Services Boca Raton | Storage Services Fort Lauderdale | Ryder Moving And Sto...   Page 1 of 1



**RYDER**
**MOVING AND STORAGE**
*"Professional Moving At Affordable Prices"*
3000-2 NW 25th Ave Building #3
Pompano Beach Florida, 33069

Search this website...   [Submit Query]
IM # 2150   D.O.T # 2305174   M.C.# 798299   Phone : 866-202-0264
Email : info@rydermovingandstorage.com

- Home
- About Us
- Packing
- Storage
- Special Promotions
- Binding Estimate
- Testimonials

## Special Promotions

*Cut out Coupon below and give to one of our movers on pick-up for extra Discount*





- •
  - Full Name:
  - •
  - E-Mail:
  - •
  - Home Phone:
  - •
  - Office Phone:
  - •
  - Cell Phone:
  - •
  - Date of Move:



**MOVING AND STORAGE**
*"Professional Moving At Affordable Prices"*
3000-2 NW 25th Ave Building #3
Pompano Beach Florida, 33069

Search this website... [Submit Query]
IM # 2150   D.O.T # 2305174   M.C.# 798299   Phone : 866-202-0264
Email : info@rydermovingandstorage.com

- Home
- About Us
- Packing
- Storage
- Special Promotions
- Binding Estimate
- Testimonials

# Binding Estimate



One of the biggest mistakes a customer makes is going with a "broker" or" third party company". The problem with that is:

- The customer is paying extra for their move due to "third party" fees that are passed along to the consumer.
- The customer has no idea which moving company will show up and once that company does shows up they usually have "their own" set of charges that the broker or "third party" did not disclose.

Here at Ryder Moving and Storage we complete the entire process of your move from pick up to delivery so you can rest at ease when our professional crew comes to pick you up. As all of Ryder's Moving and Storage employees go through back ground checks and must have over 5 yrs of moving experience to join our team. Because we here At Ryder Moving and Storage we make our customers at assured by giving them a **BINDING PRICE** base on weight or inventory. So there are no surprises on the day of your move.



- 
  - **Full Name:**
  - 
  - **E-Mail:**
  - 
  - **Home Phone:**
  - 
  - **Office Phone:**
  - 
  - **Cell Phone:**
  - 
  - **Date of Move:**
  - **January     1     2013**
  - **Moving From zip code:**
  - 
  - **Moving To zip code:**
  - 
  - **Volume:**
  - < Size of Home >

Household Moves Fort Lauderdale | Long Distance Moving Palm Beach | Local Moving ...    Page 1 of 1



**RYDER**
**MOVING AND STORAGE**
"Professional Moving At Affordable Prices"
3000-2 NW 25th Ave Building #3
Pompano Beach Florida, 33069

Search this website...    Submit Query
IM # 2150   D.O.T # 2305174   M.C.# 798299   Phone : 866-202-0264
Email : info@rydermovingandstorage.com

- Home
- About Us
- Packing
- Storage
- Special Promotions
- Binding Estimate
- Testimonials

# Testimonials

So glad I went with a professional moving service. Movers were very professional, the move went as planned, and so happy there was another option rather then renting a truck and doing it myself. (which the difference in price was well worth it)

Sara P.

These guys were great,, so happy I had an alternative to doing it myself, or paying almost 50% more if I went with one of the other household name movers, Allied, United, Mayflower, etc.

Tammy R.

Just received my delivery from Ryder Moving and Storage. Not only did they do an excellent job, but I just finished unpacking and I received all my belongings in the same condition as when they were picked up. Great job, great company.

Bill J.



- 
  - **Full Name:**
  - 
  - **E-Mail:**
  - 
  - **Home Phone:**
  - 
  - **Office Phone:**
  - 
  - **Cell Phone:**
  - 
  - **Date of Move:**
  - January     1   2013
  - **Moving From zip code:**
  - 
  - **Moving To zip code:**
  - 
  - **Volume:**
  - < Size of Home >
  - Reset   Next

# COMPOSITE EXHIBIT D

Putnam Affidavit

# Electronic Articles of Incorporation
# For

P11000058545
FILED
June 24, 2011
Sec. Of State
jshivers

STORAGE & MOVING SERVICES INC

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

STORAGE & MOVING SERVICES INC

## Article II

The principal place of business address:

951 NE 167TH ST
105
MIAMI BEACH, FL.  33169

The mailing address of the corporation is:

951 NE 167TH ST
105
MIAMI BEACH, FL.  33169

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

1000

## Article V

The name and Florida street address of the registered agent is:

JOSHUA  SOCHER
510 NW 84TH AVE
224
PLANTATION, FL.  33324

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:  JOSH SOCHER

P11000058545
FILED
June 24, 2011
Sec. Of State
jshivers

## Article VI

The name and address of the incorporator is:

JOSH SOCHER
510 NE 84TH AVE
224
PLANTATION FLORIDA,33324

Electronic Signature of Incorporator:   JOSH SOCHER

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
JOSHUA M SOCHER
510NW 84TH AVE AT 224
PLANTATION, FL.  33324

Title:  VP
JODI  STROSBERG
510 NW 84TH AVE
PLANATION, FL.  33324

## Article VIII

The effective date for this corporation shall be:

06/23/2011



**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

# Detail by Entity Name

**Florida Profit Corporation**

STORAGE & MOVING SERVICES INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P11000058545 |
| **FEI/EIN Number** | 452616486 |
| **Date Filed** | 06/24/2011 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 06/23/2011 |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 04/15/2013 |
| **Event Effective Date** | NONE |

**Principal Address**

3000 NW 25TH AVENUE
SUITE 2
POMPANO BEACH, FL 33069

Changed: 04/15/2013

**Mailing Address**

3000 NW 25TH AVENUE
SUITE 2
POMPANO BEACH, FL 33069

Changed: 04/15/2013

**Registered Agent Name & Address**

SOCHER, JODI
2740 nw 83rd terrace
cooper city, FL 33024

Name Changed: 05/01/2013

Address Changed: 05/01/2013

**Officer/Director Detail**

**Name & Address**

Title P

SOCHER, JOSHUA M

3000 NW 25 TH AVE - 202
POMPANO BEACH, FL 33069

Title VP

SOCHER, JODI
3000 NW 25 TH AVE - 202
POMPANO BEACH, FL 33069

Title COO

PINO, JOSE
7750 NW 78TH AVENUE, APT 316
TAMARAC, FL 33321

## Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2012 | 03/21/2012 |
| 2013 | 05/01/2013 |

## Document Images

| | |
| --- | --- |
| 05/01/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/15/2013 -- Amendment | View image in PDF format |
| 03/21/2012 -- ANNUAL REPORT | View image in PDF format |
| 06/24/2011 -- Domestic Profit | View image in PDF format |

Copyright © and  Privacy Policies
State of Florida, Department of State

## APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G12000045665

**Fictitious Name to be Registered:**  RYDER MOVING AND STORAGE

**Mailing Address of Business:**      510 NW 84TH AVE
                                      224
                                      PLANTATION, FL  33324

**Florida County of Principal Place of Business:**  BROWARD

**FEI Number:** 45-2616486

**Owner(s) of Fictitious Name:**

STORAGE & MOVING SERVICES INC
510 NW 84TH AVE - 224
PLANTATION, FL  33324    US
Florida Document Number: P11000058545
FEI Number: 45-2616486

**FILED**
**May 16, 2012**
**Secretary of State**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

JOSH SOCHER                                        05/16/2012
Electronic Signature(s)                            Date

**Certificate of Status Requested (X)**       **Certified Copy Requested ( )**

www.sunbiz.org - Department of State                                                      Page 1 of 1



## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List     Next on List     Return to List                    Fictitious Name Search

No Filing History                                                          Submit

# Fictitious Name Detail

## Fictitious Name

RYDER MOVING AND STORAGE

## Filing Information

| | |
|---|---|
| Registration Number | G12000045665 |
| Status | ACTIVE |
| Filed Date | 05/16/2012 |
| Expiration Date | 12/31/2017 |
| Current Owners | 1 |
| County | BROWARD |
| Total Pages | 1 |
| Events Filed | NONE |
| FEI/EIN Number | 45-2616486 |

## Mailing Address

510 NW 84TH AVE
224
PLANTATION, FL 33324

## Owner Information

STORAGE & MOVING SERVICES INC
510 NW 84TH AVE - 224
PLANTATION, FL 33324
FEI/EIN Number: 45-2616486
Document Number: P11000058545

## Document Images

05/16/2012 -- Fictitious Name Filing        View image in PDF format

Previous on List     Next on List     Return to List                    Fictitious Name Search

No Filing History                                                          Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |
Copyright © and Privacy Policies
State of Florida, Department of State

# Exhibit 2

Injunction Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. _____

RYDER SYSTEM, INC., a Florida
corporation,

        Plaintiff,

v.

STORAGE & MOVING SERVICES, INC.,
a Florida corporation, d/b/a RYDER
MOVING AND STORAGE,

        Defendant.

_____/

### DECLARATION OF JOSHUA SCHWANDT

I, Joshua Schwandt, attest and affirm as follows:

1.     I am an adult competent to testify to the matters set forth herein.

2.     I have personal knowledge of the facts stated below.

3.     I currently reside in Moorhead, Minnesota.

4.     In May 2013, I moved from Orlando, Florida, to Moorhead, Minnesota. That

month, I requested quotes from several transportation companies who could move my

belongings from Orlando to Moorhead, from a website that refers such requests to multiple

transportation companies. I received calls from several transportation companies offering me

quotes. On May 21, 2013, I received a call from Ryder Moving and Storage in response to my

online request.

5.      The employee at Ryder Moving and Storage who contacted me, Darren, told me the company had a truck ready to go and could have my belongings picked up the next day and guaranteed they would be delivered to Minnesota within one week.

6.      When I spoke with Darren over the phone, he assured me that Ryder Moving and Storage was the actual Ryder company I was familiar with. Darren encouraged me to review the actual Ryder website, www.ryder.com, claiming Ryder Moving and Storage and the authentic Ryder company were was the same company or part of the same company.

7.      On May 22, 2013, after speaking with Darren, I signed an online agreement with Ryder Moving and Storage and paid a $400 deposit.  I thought I was hiring the famous Ryder transportation company that has been in business for years, and I would not have done business with the company if I had known Ryder Moving and Storage was not the actual Ryder company.

8.      Additionally, in my email exchanges with Ryder Moving and Storage, its name and logo led me to believe I was dealing with the well-known Ryder transportation company that has been in business for years.

9.      Darren told me that no money would be due until my furniture arrived in Minnesota, and that the movers would arrive at my home the next day no later than 11am-12pm.

10.     The Ryder Moving and Storage movers showed up the next day, several hours late, in an authentic "Ryder" truck.  Ryder Moving and Storage's use of an authentic "Ryder" truck further led me to believe that I was dealing with the well-known Ryder company that has been in business for years.

11.     The movers were extremely rude.  I was stunned when one of them told me my brand new bookcases were made of "cheap wood" and asked me if I really wanted to move them.

12.     After the truck was loaded with my belongings, one of the movers asked for almost $1,100 dollars in cash. I was shocked since I had been told no money would be due until my belongings arrived in Minnesota. I refused to make the cash payment. The movers also said that the fee of $1,930.50 that Darren had quoted me was now up to $2,362. I tried calling Ryder Moving and Storage to clear up the pricing, but no one at the company answered the phone. The movers said they would charge the additional fee to the credit card I had used for the deposit. Because my belongings were already on the truck, I felt I had no choice but to allow them to make the additional charge to my credit card, so long as my credit card was charged after by belongings had been delivered to Minnesota.

13.     Not only did Ryder Moving and Storage misrepresent the cost, but when we were filling out the paperwork after my belonging had been loaded onto the truck, the paperwork showed my belongings were going to be stored in Florida until May 30 before being sent to Minnesota. Also, the movers did not know when my belongings would actually arrive in Minnesota. This was completely different from what was promised, as Darren had assured me my belongings would arrive in Minnesota by May 30. I was very upset.

14.     Over the next week I left about seven messages for Darren at Ryder Moving and Storage, but he never returned my calls.

15.     I began calling Ryder Moving and Storage and hitting every extension until someone got on the phone. I explained my situation, my frustration, and the fact that Darren never returned my calls or emails. I was told by Ryder Moving and Storage employee Carrie that my furniture was scheduled to ship out the following Thursday, June 6, and that I would receive a phone call the following day to confirm the shipment date. I did not receive the call.

16.     A week later I repeatedly called Ryder Moving and Storage until someone named Larry answered.  Larry told me he did not know when my belongings would be shipped.  I was then told by another employee, Joey, that the problem was that they did not have any trucks going to Minnesota.  I was shocked since I specifically paid for service to Minnesota.

17.     I also learned that Ryder Moving and Storage charged my credit card for the transportation services before my furniture was delivered to Minnesota, contrary to my express instructions.

18.     By the week of June 10, I had not received any calls from Ryder Moving and Storage despite my leaving multiple messages.  I finally reached someone at the company, who told me that my furniture already should have been delivered, but he did not know where it was, and that he would call me back later that day.  He did not call me back.  It was frightening to be told by Ryder Moving and Storage that my furniture was apparently delivered when it had not arrived.

19.     On June 13, 2013, I filed a complaint with the Office of the U.S. Attorney General explaining my experience with Ryder Moving and Storage.

20.     My furniture was finally delivered on June 20, 2013, in a white semi not affiliated with Ryder Moving and Storage.  The supervisor of the delivering company said Ryder Moving and Storage apparently lied to me about my furniture shipment dates and said my furniture had been sitting in Chicago.

21.     I am completely appalled that my personal belongings, furniture, bank statements, credit card statements, etc. were tossed around to different companies when Ryder Moving and Storage specifically stated it has its own fleet of vehicles and never contracts out to third parties.

22.     I have moved several times and never experienced anything remotely close to the rudeness, lack of professionalism, and unethical practices that I experienced with Ryder Moving and Storage.  The most upsetting part of this is that I was misled into believing Ryder Moving and Storage is the actual "Ryder" company.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2 , 2013.

Joshua Schwandt

# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. _____

RYDER SYSTEM, INC., a Florida
corporation,

        Plaintiff,

v.

STORAGE & MOVING SERVICES, INC.,
a Florida corporation, d/b/a RYDER
MOVING AND STORAGE,

        Defendant.

_____/

### AFFIDAVIT OF OLGA S. ALVAREZ-ULLOA

I, Olga S. Alvarez-Ulloa, being first duly sworn, hereby depose and state:

1.     I am an adult competent to testify to the matters set forth herein.

2.     I have personal knowledge of the facts stated below

3.     I am a Florida Registered Paralegal (I.D. No. 263470) at Ryder System, Inc.

("Ryder"), and submit this Affidavit in support of Ryder's Motion for Preliminary Injunction.  I

have been employed by Ryder as a paralegal for over ten years.  My duties include managing the

renewals and registrations of Ryder's trademarks and service marks.  I am thoroughly familiar

with Ryder's trademark and service mark registrations and with the marks Ryder uses in

connection with the advertisement, promotion, sale, and distribution of its services.

4.     Ryder is headquartered in Miami, Florida, and according to Ryder's corporate

records, Ryder was founded in 1933 and incorporated in Florida in 1955.

5.      I have reviewed and am personally familiar with Ryder's registration certificates for the service marks that are identified in this affidavit (the "Ryder Marks"), which certificates are on file with the United States Patent and Trademark Office ("USPTO"). True and correct copies of such certificates are maintained by Ryder in its ordinary course of business as a matter of regular practice. I have custody or control of the certificates maintained in Ryder's files. True and correct copies of these certificates, which are available on the USPTO website, are attached hereto as **Composite Exhibit A.**

6.      Ryder owns the service mark RYDER for use in connection with leasing and renting vehicles (U.S. Reg. 1123006), with a recorded first use in commerce in 1935, which was registered with the USPTO in 1979. *See* **Composite Exhibit A.**

7.      Ryder owns the service mark RYDER for use in connection with comprehensive logistics services for customers with national and international shipping requirements (U.S. Reg. 2008202), with a recorded first use in commerce in 1964, which was registered with the USPTO in 1996. *See* **Composite Exhibit A.**

8.      Ryder owns the service mark RYDER for use in connection with freight transportation services by van and trucks (U.S. Reg. 1575603), with a recorded first use in commerce in 1985, which was registered with the USPTO in 1990. *See* **Composite Exhibit A.**

9.      Ryder owns the service mark RYDER and Design for use in connection with leasing and renting of truck vehicles, and comprehensive logistics services for customers with national and international shipping requirements (U.S. Reg. 2155446), with a recorded first use in commerce in 1997, which was registered with the USPTO in 1998. *See* **Composite Exhibit A.**

10.     Ryder is the exclusive owner of the RYDER Marks, has the exclusive rights to use and license the RYDER Marks, and has used the RYDER Marks continuously in commerce both before and since the registrations of the RYDER Marks as described above.

11.     Ryder carefully polices the use of its Marks.  Ryder has never authorized the Defendant in this action to use its Marks.

I, Olga S. Alvarez-Ulloa, hereby declare and affirm under the penalties of perjury that the contents of the foregoing Affidavit are true and correct.

_____
Olga S. Alvarez-Ulloa
Paralegal
Ryder System, Inc.

STATE OF FLORIDA          )
                          ) ss:
COUNTY OF MIAMI-DADE      )

Sworn to and subscribed before me this _3rd_ day of July, 2013, by _Olga Alvarez-Ulloa_, who is __personally known__ to me or who has produced _____ (type of identification) as identification and, after being sworn, averred that he is authorized to execute the foregoing Affidavit and then subscribed to the foregoing.

_____
NOTARY PUBLIC, STATE OF FLORIDA

_Delores Clark_
_____
(Print, Type or Stamp Commissioned Name of Notary Public)



DELORES CLARK
MY COMMISSION # EE 860326
EXPIRES: April 24, 2017
Bonded Thru Notary Public Underwriters

# COMPOSITE EXHIBIT A

Alvarez Affidavit

Int. Cl.: 39

Prior U.S. Cl.: 105

## United States Patent and Trademark Office

Reg. No. 1,123,006
Registered July 24, 1979

## SERVICE MARK
### Principal Register

# RYDER

Ryder System, Inc. (Florida corporation)
P.O. Box 520816
Miami, Fla.  33152

For: LEASING AND RENTING VEHICLES—
NAMELY, TRUCK VEHICLES—in CLASS 39 (U.S.
CL. 105),

First use 1935; in commerce 1935.

Owner of Reg. Nos. 914,550, 920,334, and others.

Ser. No. 174,200, filed June 13, 1978.

Int. Cls.: 35, 37 and 39

Prior U.S. Cls.: 100, 101, 102, 103, 105 and 106

Reg. No. 2,008,202

## United States Patent and Trademark Office

Registered Oct. 15, 1996

SERVICE MARK
PRINCIPAL REGISTER

RYDER

RYDER SYSTEM, INC. (FLORIDA CORPORA-
TION)
3600 N.W. 82ND AVENUE
MIAMI, FL 33166

FOR: MANAGEMENT OF PUBLIC TRANS-
PORTATION SERVICES; FREIGHT BILL AU-
DITING SERVICES; CONSULTING SERVICES
IN THE FIELD OF FREIGHT TRANSPORTA-
TION AND FIELD AND LOGISTICS MANAGE-
MENT; EMPLOYEE RELOCATION SERVICES,
INCLUDING PROVIDING ASSISTANCE IN
MOVING FROM ONE LOCATION TO AN-
OTHER AND THE COORDINATION OF
MOVING SERVICES, INCLUDING ARRANG-
ING FOR THE RENTAL OF VEHICLES AND
MOVING ACCESSORIES, THE ARRANGING
OF MOVING OF GOODS BY LAND, AIR, RAIL
OR WATER, IN CLASS 35 (U.S. CLS. 100, 101
AND 102).

FIRST USE 1-0-1980; IN COMMERCE
1-0-1980.

FOR: MAINTENANCE OF TRUCKS, TRAC-
TORS AND TRAILERS FOR OTHERS, IN
CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 0-0-1967; IN COMMERCE
0-0-1967.

FOR: TRANSPORTATION OF STUDENTS BY
BUS; AUTOMOBILE CARRIAGE SERVICES;
COMPREHENSIVE LOGISTICS SERVICES FOR
CUSTOMERS WITH NATIONAL AND INTER-
NATIONAL SHIPPING REQUIREMENTS,
NAMELY, AIR, LAND, RAIL AND SEA WARE-
HOUSING, TRANSPORTATION OF GOODS
AND ARRANGING FOR THE TRANSPORTA-
TION OF GOODS BY AIR, LAND, RAIL AND
SEA, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 12-0-1964; IN COMMERCE
12-0-1964.

OWNER OF U.S. REG. NOS. 914,550, 1,900,928
AND OTHERS.

SER. NO. 75-001,854, FILED 10-5-1995.

ANGELA LYKOS, EXAMINING ATTORNEY

Int. Cl.: 39

Prior U.S. Cls.: 100, 101 and 105

Reg. No. 1,575,603

# United States Patent and Trademark Office

Registered Jan. 2, 1990

## SERVICE MARK
### PRINCIPAL REGISTER

## RYDER

RYDER SYSTEM, INC. (FLORIDA CORPORA-
TION)
3600 N.W. 82ND AVENUE
MIAMI, FL 33166

FOR: MOVING VAN SERVICES; INCLUD-
ING PACKING, LOADING, AND UNLOADING
SERVICES; PACKAGING ARTICLES FOR
TRANSPORTATION; AND FREIGHT TRANS-
PORTATION SERVICES BY VAN AND

TRUCKS, IN CLASS 39 (U.S. CLS. 100, 101 AND
105).
FIRST USE 5-0-1985; IN COMMERCE
5-0-1985.
OWNER OF U.S. REG. NOS. 914,550, 1,515,744
AND OTHERS.
SEC. 2(F).

SER. NO. 73-796,158, FILED 4-27-1989.

SUSAN LEE, EXAMINING ATTORNEY

Int. Cls.: 35, 37, 39, and 42

Prior U.S. Cls.: 100, 101, 102, 103, 105, and 106

**United States Patent and Trademark Office**

Reg. No. 2,155,446
Registered May 5, 1998

## SERVICE MARK
### PRINCIPAL REGISTER



RYDER SYSTEM, INC. (FLORIDA CORPORATION)
3600 N.W. 82ND AVENUE
MIAMI, FL 33166

FOR: MANAGEMENT OF PUBLIC TRANSPORTATION SERVICES; FREIGHT BILL AUDITING SERVICES; BUSINESS CONSULTING SERVICES IN THE FIELD OF FREIGHT TRANSPORTATION AND FIELD AND LOGISTICS MANAGEMENT; EMPLOYEE RELOCATION SERVICES, INCLUDING PROVIDING ASSISTANCE IN MOVING FROM ONE LOCATION TO ANOTHER AND THE COORDINATION OF MOVING SERVICES, INCLUDING ARRANGING FOR THE RENTAL OF VEHICLES AND MOVING ACCESSORIES, THE ARRANGING OF MOVING OF GOODS BY LAND, AIR, RAIL OR WATER, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-23-1997; IN COMMERCE 8-23-1997.

FOR: MAINTENANCE OF TRUCKS, TRACTORS AND TRAILERS FOR OTHERS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 8-23-1997; IN COMMERCE 8-23-1997.

FOR: LEASING AND RENTING OF TRUCK VEHICLES; TRANSPORTATION OF STUDENTS BY BUS; AUTOMOBILE CARRIAGE SERVICES; COMPREHENSIVE LOGISTICS SERVICES FOR CUSTOMERS WITH NATIONAL AND INTERNATIONAL SHIPPING REQUIREMENTS, NAMELY, AIR, LAND, RAIL AND SEA WAREHOUSING, CUSTOMS CLEARANCE, TRANSPORTATION OF GOODS AND ARRANGING FOR THE TRANSPORTATION OF GOODS BY AIR, LAND, RAIL AND SEA, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 8-23-1997; IN COMMERCE 8-23-1997.

FOR: RETAIL AND WHOLESALE STORE AND DISTRIBUTORSHIP SERVICES IN THE FIELD OF USED VEHICLES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-23-1997; IN COMMERCE 8-23-1997.

OWNER OF U.S. REG. NOS. 914,550, 1,900,928, AND OTHERS.

THE MARK CONSISTS OF THE WORD "RYDER" PRECEDED BY A SEMICIRCLE WITH A LINE DESIGN.

SN 75-104,965, FILED 5-16-1996.

PETER CATALDO, EXAMINING ATTORNEY