# EXHIBIT A



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     August 13, 2013
Invoice No.     8829368

RYDER SYSTEM, INC.
C/O SANFORD J. HODES
SVP-DEPUTY GENERAL COUNSEL
11690 N.W. 105 STREET
MIAMI, FL 33178

Client Name:    **RYDER SYSTEM, INC.**
Matter Name:    **STORAGE AND MOVING SERVICES, INC.,**
               **D/B/A RYDER MOVING AND STORAGE**
Matter Number:   **0275372**

*For professional services rendered through July 31, 2013 as summarized below:*

| | |
|---|---|
| Services | $103,761.50 |
| LESS COURTESY REDUCTION | (20,752.30) |
| TOTAL SERVICES | $83,009.20 |
| Disbursements | $6,868.08 |
| Less Courtesy Discount | (4,909.52) |
| TOTAL DISBURSEMENTS | $1,958.56 |
| **TOTAL THIS INVOICE** | **$84,967.76** |

*To ensure proper credit to the above account, please indicate invoice no. 8829368*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | August 13, 2013 |
|---|---|
| Invoice No. | 8829368 |

RYDER SYSTEM, INC.
C/O SANFORD J. HODES
SVP-DEPUTY GENERAL COUNSEL
11690 N.W. 105 STREET
MIAMI, FL 33178

| Client Name: | **RYDER SYSTEM, INC.** |
|---|---|
| Matter Name: | **STORAGE AND MOVING SERVICES, INC.,** |
| | **D/B/A RYDER MOVING AND STORAGE** |
| Matter Number: | **0275372** |

*For professional services rendered through July 31, 2013 as summarized below:*

| | |
|---|---|
| Services | $103,761.50 |
| LESS COURTESY REDUCTION | (20,752.30) |
| TOTAL SERVICES | $83,009.20 |
| Disbursements | $6,868.08 |
| Less Courtesy Discount | (4,909.52) |
| TOTAL DISBURSEMENTS | $1,958.56 |
| **TOTAL THIS INVOICE** | **$84,967.76** |

*To ensure proper credit to the above account, please indicate invoice no. 8829368*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 25-Jun-13 | Review client documents re Ryder Moving and Storage, including complaints submitted by upset customers, review model complaints and motion for preliminary injunction, review Ryder Moving and Storage website. | PLK | 1.90 | 646.00 |
| 25-Jun-13 | Review pertinent documents from Ryder Systems; analyze potential claims; prepare e-mail to O. Alvarez. | RIC | 1.80 | 1,080.00 |
| 26-Jun-13 | Conduct legal research on jurisdictional requirements of Lanham Act & procedural requirements of filing suit in Broward Complex Litigation Division. | ESH | 4.00 | 920.00 |
| 26-Jun-13 | Legal research re filing trademark infringement case in state court rather than federal court, prepare email correspondence to R. Chaskes re same, legal research federal and state statutory trademark claims and statutory elements under same, legal research re state causes of action, begin preparing complaint. | PLK | 4.30 | 1,462.00 |
| 26-Jun-13 | Analyze whether to file action in state or federal court; analyze whether to include individual officers and directors as named defendants. | RIC | 0.90 | 540.00 |
| 27-Jun-13 | Research amount in controversy issue in order to get case into complex litigation division. | ESH | 1.50 | 345.00 |
| 27-Jun-13 | Prepare eight-count Complaint against Ryder Moving and Storage, asserting claims for federal and state trademark infringement, cyberpiracy, FDUTPA, and common law claims of unfair competition; legal research re claims asserted in complaint; prepare motion for preliminary injunction against Ryder Moving and Storage based on allegations contained in the complaint; prepare draft affidavit to be executed by Ryder employee(s); prepare email correspondence to R. Chaskes re same. | PLK | 13.40 | 4,556.00 |
| 27-Jun-13 | Analyze trademark issues; analyze potential additional claims. | RIC | 0.80 | 480.00 |
| 28-Jun-13 | Conduct legal research re: abandonment of trademark and consequences of deletion of services description from trademark registration. Send findings to P. Kobak. | ESH | 4.00 | 920.00 |
| 28-Jun-13 | Continue research re procedure for filing motion for preliminary injunction and pleading requirements re same, review draft complaint with R. Chaskes' edits, legal research re removing portion of description of services from TM registration and effect on future potential infringers, prepare email correspondence to R. Chaskes re same. | PLK | 3.30 | 1,122.00 |

026183      RYDER SYSTEM, INC.                          As of              July 31, 2013
0275372     STORAGE AND MOVING SERVICES, INC., D/B/A    Invoice Number         8829368

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 28-Jun-13 | Review and revise draft complaint; review and revise motion for preliminary injunction and incorporated memorandum of law; prepare e-mail to S. Hodes. | RIC | 7.20 | 4,320.00 |
| 1-Jul-13 | Research common law elements of TM infringement and unfair competition. Review complaint and confirm satisfaction of elements. Confer with P. Kobak re: same. | ESH | 2.50 | 575.00 |
| 1-Jul-13 | Conduct internet research and compile evidence of negative customer experiences with Ryder Moving and Storage. | ESH | 2.00 | 460.00 |
| 1-Jul-13 | Research standard by which Court determines likliness of confusion. Confer with P. Kobak re: same. | ESH | 2.00 | 460.00 |
| 1-Jul-13 | Telephone calls with O. Alvarez re affidavit in support of Emergency Motion for Injunction and filing action; telephone call with R. Chaskes re same; exchange email correspondence with O. Alvarez re Ryder Moving and Storage customers Joshua Schwant and Michelle Denise Soto. | PLK | 0.70 | 238.00 |
| 1-Jul-13 | Edit complaint, motion for preliminary injunction, and supporting affidavit. | RAR | 3.80 | 1,330.00 |
| 1-Jul-13 | Revise complaint; revise motion for preliminary injunction and incorporated memorandum of law; revise supporting affidavit; review and analyze pertinent case law; analyze forward action. | RIC | 6.80 | 4,080.00 |
| 2-Jul-13 | Research procedural requirements for filing emergency injunction for TM infringement. Confer with P. Kobak re: same. | ESH | 2.00 | 460.00 |
| 2-Jul-13 | Shepardize cases from motion for injunction and confer with P. Kobak re: same. Assist with preparation of binder containing supporting case law to be filed with court. | ESH | 3.50 | 805.00 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 2-Jul-13 | Research re federal declaration statute; prepare draft declaration to be signed by J. Schwandt based on his email report to Ryder; prepare email to O. Alvarez re same; telephone calls with O. Alvarez and N. Putnam regarding their respective affidavits, trademark filings and customer complaints; legal research re admission into evidence of valid trademark registrations; telephone call with R. Chaskes re same; prepare certificate of emergency to file with the District Court; exchange emails with S. Hodes re revision to injunction motion; exchange multiple emails with O. Alvarez re online complaints against Ryder Moving and Storage, Ryder trademark registrations, Fla. Dept. of Corp. information regarding defendant; telephone conference with J. Schwandt and O. Alvarez re J. Schwandt's experience with the defendant company, his ability to testify on behalf of Ryder, and his draft declaration; revise J. Schwandt draft declaration; prepare emails to R. Chaskes and S. Hodes re same; follow-up call with J. Schwandt re same; prepare email to O. Alvarez re N. Putnam's draft affidavit and meeting; legal research re applicability of business record hearsay exception in the S. District; continue preparing Complaint against Storage and Moving Services. | PLK | 12.80 | 4,352.00 |
| 2-Jul-13 | Review e-mail from S. Hodes and prepare reply; prepare for preliminary injunction hearing; revise affidavit and declaration in support of motion for preliminary injunction; analyze forward action. | RIC | 5.90 | 3,540.00 |
| 3-Jul-13 | Attend to ordering trademark registrations for RYDER marks; Email correspondence regarding same. | AKM | 0.90 | 184.50 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 3-Jul-13 | Continue preparing Complaint against Storage and Moving Services and continue preparing Emergency Motion for Preliminary Injunction and Incorporated Memorandum of Law; prepare email to R. Chaskes re same; revise N. Putnam affidavit, including revisions to trademark paragraphs; prepare email to R. Chaskes re same; telephone call with R. Chaskes re trademark registrations; prepare email to West Palm Beach office re obtaining certified copies of trademarks for entry into evidence; revise draft affidavit of N. Putnam; prepare multiple emails to O. Alvarez re same; telephone conference with O. Alvarez and N. Putnam re affidavit; prepare multiple exhibits to affidavits; exchange emails with S. Hodes re same; prepare email to R. Chaskes re same; prepare draft affidavit of O. Alvarez re trademark registrations; exchange multiple emails with O. Alvarez re draft affidavits; telephone conference with R. Chaskes and S. Hodes re filing complaint and litigations steps; review email correspondence from O. Alvarez re intention to file UDRP action; review UDRP rule re concurrent litigation; prepare email to O. Alvarez re UDRP action. | PLK | 10.50 | 3,570.00 |
| 3-Jul-13 | Confer with R. Chaskes regarding certified copies of trademark registrations; coordinate the obtaining of same; exchange e-mail correspondence regarding same. | PMC | 0.40 | 118.00 |
| 3-Jul-13 | Revise complaint; revise motion for preliminary injunction and incorporated memorandum of law; revise affidavit of Natalie Putnam; prepare for preliminary injunction hearing; conference call with S. Hodes, O. Alvarez, and P. Kobak. | RIC | 4.30 | 2,580.00 |
| 5-Jul-13 | Revise Emergency Motion for Preliminary Injunction; legal research re sufficiency of allegations pled in draft Complaint; exchange emails with S. Hodes re UDRP complaint; prepare final affidavit and exhibits for N. Putnam; prepare for and participate in conference with N. Putnam and R. Chaskes re preparation of N. Putnam to testify at evidentiary hearing; prepare email to O. Alvarez re certified copies of trademark registrations. | PLK | 3.40 | 1,156.00 |
| 5-Jul-13 | Review and revise complaint, motion for preliminary injunction and incorporated memorandum of law, and affidavit of N. Putnam; prepare for meeting with N. Putnam; meet with N. Putnam and P. Kobak; review and analyze pertinent case law; analyze forward action. | RIC | 5.80 | 3,480.00 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 7-Jul-13 | Legal research re common law unfair competition claim and need for actual competition to bring same; revise draft complaint and injunction motion to remove common law unfair competition claims and to include proper legal citations; revise "substantial likelihood of success" portion of Emergency Motion for Injunction to include arguments for claims of federal and Florida trademark infringement and for anti-dilution claims; prepare email to R. Chaskes re research results; prepare email to S. Hodes re revised complaint and injunction motion. | PLK | 5.40 | 1,836.00 |
| 8-Jul-13 | Finalize Complaint; finalize Emergency Motion for Preliminary Injunction and Incorporated Memorandum of Law; telephone call with R. Chaskes re same; finalize exhibits to affidavits for attachment to injunction motion; conference with firm IT professional re capturing infringing website and assciated metadata; research re default; exchange email with O. Alvarez re N. Putnam meeting; telephone call with R. Chaskes and R. Roman re filing Corrected Complaint; prepare same; prepare email to R. Chaskes re same; prepare email to S. Hodes re today's filings. | PLK | 3.90 | 1,326.00 |
| 8-Jul-13 | Review further revisions to complaint and motion for preliminary injunction and incorporated memorandum of law; prepare e-mail to S. Hodes. | RIC | 0.50 | 300.00 |
| 9-Jul-13 | Exchange emails with O. Alvarez re corporate disclosure statement and telephonic prep call with J. Schwandt; research re motion for expedited discovery; review court order setting hearing on injunction motion; call with R. Chaskes re same; coordinate service of same on defendant; prepare emails to R. Chaskes re same; exchange emails with O. Alvarez re scheduling call with J. Schwandt and corporate disclosures; review proposed findings of fact and conclusions of law in other case before Judge Middlebrooks; exchange emails with R. Chaskes re prep call with J. Schwandt; prepare Ryder's Corporate Disclosure Statement; begin preparation of Proposed Findings of Fact and Conclusions of Law. | PLK | 7.70 | 2,618.00 |
| 9-Jul-13 | Review order setting hearing on Ryder's motion for preliminary injunction; analyze forward action; prepare e-mail to S. Hodes. | RIC | 1.20 | 720.00 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 10-Jul-13 | Prepare for and attend telephone conference with J. Schwandt, O. Alvarez, and R. Chaskes re J. Schwandt's declaration and his potential testimony at the injunction hearing; call with R. Chaskes re same; prepare Notice of Filing Affidavits of Service of Court Order; prepare Notice of Filing Affidavits of Service of Initial Papers; prepare email to R. Chaskes re same; review email correspondence from J. Schwandt re his communications with Ryder Moving and Storage and online response to his complaint; review new complaint from M. Wilkes; legal research re absence of competition between plaintiff and defendant is not a bar to relief in action for trademark infringement; begin continue Proposed Findings of Fact and Conclusions of Law. | PLK | 7.90 | 2,686.00 |
| 10-Jul-13 | Prepare for conference call with Josh Schwandt; conference call with J. Schwandt, O. Alvarez, and P. Kobak; conference call with O. Alvarez and P. Kobak; review and revise notices of filing affidavits of service; review e-mail from S. Hodes and prepare reply; review electronic filing notices from the court. | RIC | 2.40 | 1,440.00 |
| 11-Jul-13 | Legal research re additional issues for inclusion in Proposed Findings of Fact and Conclusions of Law, i.e., requirements for success under Section 32 of Lanham Act in S.D. Fla., seven factors to determine likelihood of confusion used by 11th Circuit, four categories of distinctiveness in service mark law, addition of terms to mark does not prevent finding of trademark infringement, infringement with intent to derive benefit from reputation infers confusing similarity, evidence of actual confusion best evidence of likelihood of confusion, showing violation of Lanham Act Section 32 shows violation under Section 43, demonstrating dilution by blurring and dilution by tarnishment, nine factors to determine whether defendant has bad faith intent to profit from a mark under cyberpiracy statute; continue preparing Proposed Findings of Fact and Conclusions of Law. | PLK | 10.50 | 3,570.00 |
| 12-Jul-13 | Shepardize case law for cases cited in revised Emergency Motion for Injunction and Findings of Fact and Conclusions of Law. Confer with P. Kobak re: same. | ESH | 3.00 | 690.00 |
| 12-Jul-13 | Call with R. Chaskes re draft Proposed Findings of Fact and Conclusions of Law; conference with E. Hersh re shepardizing cases cited in same; gather legal authority used in same for preparation of hearing notebook to be filed with the Court; review legal citations used in Proposed Findings of Fact and Conclusions of Law; review same for final edits; exchange emails with R. Chaskes re same. | PLK | 3.90 | 1,326.00 |

026183      RYDER SYSTEM, INC.                          As of                    July 31, 2013
0275372     STORAGE AND MOVING SERVICES, INC., D/B/A     Invoice Number              8829368

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 12-Jul-13 | Prepare proposed findings of fact and conclusions of law; prepare e-mail to S. Hodes; analyze forward action. | RIC | 7.60 | 4,560.00 |
| 14-Jul-13 | Legal research re fanciful marks and strength of mark when mark is comprised of surname, cases finding name marks protectable; review and revise legal citations in Proposed Findings of Fact and Conclusions of law; prepare revised Par. 37 of same; prepare email to R. Chaskes re same; review index to notebook; prepare email to K. Robinson re same. | PLK | 5.40 | 1,836.00 |
| 15-Jul-13 | Prepare case law re proposed revisions to Proposed Findings of Fact and Conclusion of Law for review by R. Chaskes; meeting with R. Chaskes re same and revisions to Par. 37; prepare revised Par. 37; prepare email to S. Hodes re same; prepare transmittal letter to Clerk of Court re binder required by Court order; call with R. Chaskes re details of J. Schwandt appearing at hearing; finalize notebook to be filed with Clerk of Court; coordinate service of Notice of Filing and notebook on defendant; finalize Proposed Findings of Fact and Conclusions of Law; call from J. Schwandt re investigation of Fla. DOT into defendant; prepare email to R. Chaskes and S. Hodes re same; call with O. Alvarez re same and today's filing; research re providing Judge with copy of proposed injunction; prepare email to Judge re same. | PLK | 4.50 | 1,530.00 |
| 15-Jul-13 | Review e-mails from S. Hodes; review and revise proposed findings of fact and conclusions of law; prepare notice of filing proposed findings of fact and conclusions of law; review and analyze additional case law for inclusion in proposed findings of fact and conclusions of law; analyze pertinent issues. | RIC | 2.60 | 1,560.00 |
| 16-Jul-13 | Research format of S.D. Fla. subpoena to compel attendance at evidentiary hearing; prepare same to J. Schwandt; call with R. Chaskes re same; prepare email to R. Chaskes re delivery of binders to Clerk of Court and defendant; call with J. Schwandt re DOT investigation into defendant; prepare email to R. Chaskes re same; research re Florida public records statute; prepare Freedom of Information Act request to Fla. DOT re defendant. | PLK | 2.70 | 918.00 |
| 17-Jul-13 | Call with R. Chaskes re default; legal research re court's deeming facts included in our proposed finding of fact as admitted as a result of defendant's failure to respond to same; prepare Motion for Entry of Unopposed Preliminary Injunction. | PLK | 2.70 | 918.00 |
| 17-Jul-13 | Revise public records request to FDOT; analyze forward action; exchange e-mails with S. Hodes. | RIC | 1.20 | 720.00 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 18-Jul-13 | Finalize Motion for Entry of Unopposed Motion for Preliminary Injunction; prepare email to R. Chaskes re same; call to O. Alvarez, leave message; exchange emails with O. Alvarez re J. Schwandt's travel plans. | PLK | 0.90 | 306.00 |
| 18-Jul-13 | Review and analyze case law cited in motion for preliminary injunction and proposed filings of fact and conclusions of law; prepare for hearing on motion for preliminary injunction. | RIC | 3.50 | 2,100.00 |
| 19-Jul-13 | Call with R. Chaskes re Motion for Entry of Unopposed Preliminary Injunction, exhibits for hearing scheduled for next week, and call from defendant; exchange emails with N. Putnam re details of hearing; call with O. Alvarez re same and J. Schwandt travel plans; prepare documents for hearing. | PLK | 0.70 | 238.00 |
| 19-Jul-13 | Review and revise draft motion for entry of unopposed preliminary injunction; prepare e-mail to S. Hodes; review e-mail and accompanying complaint from S. Hodes. | RIC | 1.30 | 780.00 |
| 22-Jul-13 | Exchange e-mails with S. Hodes; research case law applying Federal Rule of Evidence 902; prepare e-mail to N. Putnam; prepare for preliminary injunction hearing. | RIC | 4.60 | 2,760.00 |
| 23-Jul-13 | Multiple telephone calls to Judge Middlebrooks' clerk re appearance of witness by telephone; prepare email to R. Chaskes re same; research re J. Middlebrooks' rules re marking exhibits and presenting evidence at evidentiary hearing; prepare email to O. Alvarez re J. Schwandt's travel plans; telephone call with O. Alvarez re same; prepare exhibits for hearing on injunction motion; prepare email correspondence to O. Alvarez re bond; call to J. Schwandt re travel and pre-hearing meeting to discuss testimony. | PLK | 3.80 | 1,292.00 |
| 23-Jul-13 | Review e-mail from S. Hodes and prepare reply; review Florida Department of Transportation response to public records request and forward to S. Hodes; prepare e-mail to N. Putnam; confer with N. Putnam; review and analyze pertinent case law; prepare for preliminary injunction hearing; analyze evidentiary issues. | RIC | 6.40 | 3,840.00 |
| 24-Jul-13 | Meet with R. Chaskes re hearing exhibits; exchange email correspondence with O. Alvarez re Aon and bond; exchange email with K. Daniel at Aon re bond; telephone call with K. Daniel re same; legal research re admitting website printouts and trademark registrations into evidence; prepare internal memorandum re same; prepare email to R. Chaskes re same; review email correspondence from J. Socher re hearing; telephone call with R. Chaskes re same; prepare for injunction hearing. | PLK | 6.90 | 2,346.00 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 24-Jul-13 | Analyze evidentiary issues; prepare for preliminary injunction hearing; review and analyze pertinent case law; review e-mail from J. Socher (Ryder Moving and Storage); prepare e-mail to S. Hodes; confer with S. Hodes. | RIC | 7.60 | 4,560.00 |
| 25-Jul-13 | Prepare for hearing on Motion for Injunction; meet with J. Schwandt, O. Alvarez, and N. Putnam to prepare for hearing; attend and participate in hearing Motion for Injunction; telephone conference with process server re serving injunction order on defendant; exchange email correspondence with process server re same; prepare email to S. Hodes re order. | PLK | 7.30 | 2,482.00 |
| 25-Jul-13 | Prepare for preliminary injunction hearing; meet with J. Schwandt, O. Alvarez, and N. Putnam; attend preliminary injunction hearing; review order on plaintiff's motion for preliminary injunction; exchange e-mails with S. Hodes; analyze forward action. | RIC | 8.00 | 4,800.00 |
| 26-Jul-13 | Telephone conference with Olga re court order and the bond requirement; prepare email to Olga re same; telephone conference with R. Chaskes re bond and serving defendant with copy of order; telephone call to clerk of court re bond; email to R. Chaskes re same; prepare draft draft Notice of Posting Injunction Bond; prepare and file Notice of Filing Proof of Service of Order on Plaintiff's Emergency Motion for Preliminary Injunction. | PLK | 1.90 | 646.00 |
| 26-Jul-13 | Review defendant's motion for reconsideration; confer with O. Alvarez; prepare e-mail to S. Hodes; prepare notice of filing plaintiff's exhibits admitted into evidence at preliminary injunction hearing; revise notice of posting injunction bond; attend to injunction bond; exchange e-mails with O. Alvarez. | RIC | 2.10 | 1,260.00 |
| 29-Jul-13 | Review email correspondence from J. Socher; telephone conference with R. Chaskes re same; legal research re corporate not representing itself in federal court; legal research re contempt for trademark infringer's failure to abide by injunction. | PLK | 1.90 | 646.00 |
| 29-Jul-13 | Review e-mail from S. Hodes and prepare reply; review e-mail from J. Socher; prepare e-mails to S. Hodes; prepare opposition to defendant's motion for reconsideration. | RIC | 3.20 | 1,920.00 |
| 30-Jul-13 | Review changes to Ryder Moving and Storage website; prepare email to R. Chaskes re same and substantial compliance with injunction; review draft Opposition to Motion for Reconsideration and legal authorities cited therein; revise same. | PLK | 1.30 | 442.00 |
| 30-Jul-13 | Revise opposition to defendant's motion for reconsideration; prepare e-mail to S. Hodes. | RIC | 0.60 | 360.00 |

026183      RYDER SYSTEM, INC.                        As of              July 31, 2013
0275372     STORAGE AND MOVING SERVICES, INC., D/B/A  Invoice Number     8829368

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 31-Jul-13 | Prepare demand letter to J. Socher for failure to comply with injunction; prepare email to R. Chaskes re same. | PLK | 0.50 | 170.00 |
| 31-Jul-13 | Review e-mail from S. Hodes and prepare reply; revise cease and desist letter to defendant. | RIC | 0.80 | 480.00 |

Services ..................................................................................................................$103,761.50

**LESS COURTESY REDUCTION**                                                    (20,752.30)

**Total Services** ........................................................................................................**$83,009.20**


| Date | Disbursements | Value |
|------|---------------|-------|
| 15-Jul-13 | DUPLICATING - COLOR | 5.00 |
| 23-Jul-13 | DUPLICATING - COLOR | 24.00 |
| 24-Jul-13 | DUPLICATING - COLOR | 1.00 |
| Total for DUPLICATING - COLOR | | 30.00 |
| 10-Jul-13 | TELEPHONE CONFERENCING 071013 Paul Kobak $10.25 Inv# 071413 071013 Paul Kobak $3.8 Inv# 071413 | 14.05 |
| Total for TELEPHONE CONFERENCING | | 14.05 |
| 15-Jul-13 | DUPLICATING | 0.00 |
| 16-Jul-13 | DUPLICATING | 0.00 |
| 23-Jul-13 | DUPLICATING | 0.00 |
| 24-Jul-13 | DUPLICATING | 0.00 |
| 26-Jul-13 | DUPLICATING | 0.00 |
| 26-Jul-13 | DUPLICATING | 0.00 |
| 26-Jul-13 | DUPLICATING | 0.00 |
| Total for DUPLICATING | | 0.00 |
| 19-Jul-13 | FEDERAL EXPRESS Airbill: 796230822489 per 2655 Invoice No: 234113103 Ship Dt: 07/15/13 | 11.63 |
| 19-Jul-13 | FEDERAL EXPRESS Airbill: 796230933364 per 2655 Invoice No: 234113103 Ship Dt: 07/15/13 | 17.73 |

026183     RYDER SYSTEM, INC.                          As of          July 31, 2013
0275372    STORAGE AND MOVING SERVICES, INC., D/B/A    Invoice Number       8829368

| Date | Disbursements | | Value |
|---|---|---|---|
| 19-Jul-13 | FEDERAL EXPRESS Airbill: 796241447250 per 2655 Invoice No: 234113103 Ship Dt: 07/16/13 | 14.88 | |
| 19-Jul-13 | FEDERAL EXPRESS Airbill: 796242389787 per 2655 Invoice No: 234113103 Ship Dt: 07/16/13 | 14.79 | |
| 19-Jul-13 | FEDERAL EXPRESS Airbill: 796193757861 per 3543 Invoice No: 234154912 Ship Dt: 07/10/13 | 7.77 | |
| Total for FEDERAL EXPRESS | | | 66.80 |
| 24-Jul-13 | MEALS - PAUL L. KOBAK: Dinner - Ryder/Storage & Moving - Dinner with Witness for Client Josh Schwandt on 07/24/13 at Morton's The Steakhouse with Josh Schwandt, Unknown. PK/4425 | 221.56 | |
| Total for MEALS | | | 221.56 |
| 9-Jul-13 | SERVICE OF PROCESS - JT ACCURATE PROCESS SERVICE IN: Service of Process - Process Service Upon Storage & Moving Services dba Ryder Moving & Storage on 7/8/13 - Inv #JTS2013003976. PK/4425 | 112.00 | |
| 9-Jul-13 | SERVICE OF PROCESS - JT ACCURATE PROCESS SERVICE IN: Service of Process - rocess Service Upon Storage & Moving Services of Order (Cooper City, FL) - served 7/9/13 - Inv#JTS2013004010. PK/4425 | 112.00 | |
| 9-Jul-13 | SERVICE OF PROCESS - JT ACCURATE PROCESS SERVICE IN: Service of Process - Process Service Upon Storage & Moving Services of Complaint (Pompano Beach, FL) served 7/9/13 - Inv #JTS2013004028. PK/4425 | 112.00 | |
| 10-Jul-13 | SERVICE OF PROCESS - JT ACCURATE PROCESS SERVICE IN: Service of Process - Served 7/9/13 Process Service Upon Storage & Moving Services of Order (Pompano Beach, FL) Inv #JTS2013004029. PK/4425 | 37.00 | |
| 26-Jul-13 | SERVICE OF PROCESS - JT ACCURATE PROCESS SERVICE IN: Service of Process - Process Service upon Storage & Moving Services of Order on P's M/Preliminary Injunction  (Cooper City, FL). PK/4425 | 112.00 | |
| Total for SERVICE OF PROCESS | | | 485.00 |

026183      RYDER SYSTEM, INC.                          As of               July 31, 2013
0275372     STORAGE AND MOVING SERVICES, INC., D/B/A    Invoice Number      8829368

| <u>Date</u> | <u>Disbursements</u> | | <u>Value</u> |
|------|------|------|------|
| 15-Jul-13 | WESTLAW RESEARCH 071513 KOBAK,PAUL L FORT LAUDERDALE | 3,866.11 | |
| 29-Jul-13 | WESTLAW RESEARCH 072913 KOBAK,PAUL L FORT LAUDERDALE | 2,043.41 | |
| 31-Jul-13 | WESTLAW RESEARCH | (4,909.52) | |
| Total for WESTLAW RESEARCH | | | 1,000.00 |
| 5-Jul-13 | PATENT & TRADEMARK CHARGES - UNITED STATES PATENT AND TRADE: Patent & Trademark Charges - Certified copy of registered mark, with title and/or status, expedited local service in re;1123006. AK/3663 | 30.00 | |
| 5-Jul-13 | PATENT & TRADEMARK CHARGES - UNITED STATES PATENT AND TRADE: Patent & Trademark Charges - Certified copy of registered mark, with title and/or status, expedited local service in re;2155446. AK/3663 | 30.00 | |
| 5-Jul-13 | PATENT & TRADEMARK CHARGES - UNITED STATES PATENT AND TRADE: Patent & Trademark Charges - Certified copy of registered mark, with title and/or status, expedited local service in re;1575603. AK/3663 | 30.00 | |
| 5-Jul-13 | PATENT & TRADEMARK CHARGES - UNITED STATES PATENT AND TRADE: Patent & Trademark Charges - Certified copy of registered mark, with title and/or status, expedited local service in re;2008202. AK/3663 | 30.00 | |
| Total for PATENT & TRADEMARK CHARGES | | | 120.00 |
| 17-Jul-13 | OTHER CHARGES - PAUL L. KOBAK: Other - Photos of Ryder Truck. PK/4425 | 12.69 | |
| 18-Jul-13 | OTHER CHARGES - PAUL L. KOBAK: Other - Photos of Ryder Truck. PK/4425 | 8.46 | |
| Total for OTHER CHARGES | | | 21.15 |

**Total Disbursements** ...........................................................................................**$1,958.56**

026183          RYDER SYSTEM, INC.                              As of                July 31, 2013
0275372        STORAGE AND MOVING SERVICES, INC., D/B/A         Invoice Number            8829368

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| AKM | A. K. MARTIN | 0.90 | 184.50 |
| ESH | E. S. HERSH | 24.50 | 5,635.00 |
| PLK | P. L. KOBAK | 130.10 | 44,234.00 |
| PMC | P. M. CARLSON | 0.40 | 118.00 |
| RAR | R. A. ROMAN | 3.80 | 1,330.00 |
| RIC | R.I. CHASKES | 87.10 | 52,260.00 |
| | Total | 246.80 | $103,761.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     September 09, 2013
Invoice No.        8837479

RYDER SYSTEM, INC.
C/O SANFORD J. HODES
SVP-DEPUTY GENERAL COUNSEL
11690 N.W. 105 STREET
MIAMI, FL 33178

Client Name:    **RYDER SYSTEM, INC.**
Matter Name:    **STORAGE AND MOVING SERVICES, INC.,**
                     **D/B/A RYDER MOVING AND STORAGE**
Matter Number:   **0275372**

*For professional services rendered through August 31, 2013 as summarized below:*

| | |
|---|---|
| Services | $14,083.00 |
| LESS 20% COURTESY REDUCTION | (2,816.60) |
| TOTAL SERVICES | $11,266.40 |
| Disbursements | $763.01 |
| **TOTAL THIS INVOICE** | **$12,029.41** |

*To ensure proper credit to the above account, please indicate invoice no. 8837479*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 09, 2013 |
| Invoice No. | 8837479 |

RYDER SYSTEM, INC.
C/O SANFORD J. HODES
SVP-DEPUTY GENERAL COUNSEL
11690 N.W. 105 STREET
MIAMI, FL 33178

Client Name: **RYDER SYSTEM, INC.**
Matter Name: **STORAGE AND MOVING SERVICES, INC.,**
**D/B/A RYDER MOVING AND STORAGE**
Matter Number: **0275372**

*For professional services rendered through August 31, 2013 as summarized below:*

| | |
|---|---|
| Services | $14,083.00 |
| LESS 20% COURTESY REDUCTION | (2,816.60) |
| TOTAL SERVICES | $11,266.40 |
| Disbursements | $763.01 |
| **TOTAL THIS INVOICE** | **$12,029.41** |

*To ensure proper credit to the above account, please indicate invoice no. 8837479*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com

026183      RYDER SYSTEM, INC.                          As of                    August 31, 2013
0275372     STORAGE AND MOVING SERVICES, INC., D/B/A     Invoice Number                  8837479

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 25-Jun-13 | Conference with Paul Kobak re: website images; Review imposter website. | T R | 0.30 | 57.00 |
| 25-Jun-13 | Communications with our IT department re: capturing snapshots of imposter website. | T R | 0.40 | 76.00 |
| 27-Jun-13 | Reviewed website images sent by our IT department. | T R | 0.20 | 38.00 |
| 2-Jul-13 | Retrieval of color website images. | T R | 0.20 | 38.00 |
| 1-Aug-13 | Telephone conference with R. Chaskes re cease and desist letter to J. Socher re failure to comply with preliminary injunction, finalize same, prepare email correspondence to J. Socher re same, continue legal research re contempt for violating injunction, prepare email correspondence to R. Chaskes re same. | PLK | 1.30 | 442.00 |
| 1-Aug-13 | Prepare e-mail to S. Hodes; analyze forward action; review case law regarding sanctions for failure to comply with preliminary injunction. | RIC | 1.70 | 1,020.00 |
| 7-Aug-13 | Continue legal research re contempt for violation of trademark injunction, prepare email to R. Chaskes re same and proposed relief to request from court for injunction violations. | PLK | 0.80 | 272.00 |
| 8-Aug-13 | Prepare motion for order to show cause for defendant's violation of injunction order. | PLK | 1.30 | 442.00 |
| 10-Aug-13 | Continue legal research re contempt for violation of injunction prohibiting trademark infringement, continue preparing motion for order to show cause for defendant's injunction violations, prepare email to R. Chaskes re same. | PLK | 4.50 | 1,530.00 |
| 13-Aug-13 | Prepare Notice of Providing Conference Number for Scheduling Conference, prepare email to S. Hodes re court's setting telephonic scheduling conference, prepare email to J. Oletsky re status. | PLK | 0.90 | 306.00 |
| 19-Aug-13 | Telephone meeting with Sandy, Olga and R. Chaskes re today's telephonic status conference, prepare for and participate in status conference with magistrate, telephone meeting with R. Chaskes re status conference and motion for default. | PLK | 0.70 | 238.00 |
| 19-Aug-13 | Conference call with S. Hodes, O. Alvarez, and P. Kobak; prepare for scheduling conference; scheduling conference call with Magistrate Judge Brannon; prepare e-mail to S. Hodes. | RIC | 2.10 | 1,260.00 |
| 20-Aug-13 | Review e-mail from S. Hodes; review pretrial scheduling order; review order of referral to mediation; prepare e-mail to S. Hodes; prepare motion for entry of clerk's default and supporting affidavit. | RIC | 3.20 | 1,920.00 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 21-Aug-13 | Revise motion for order to show cause and other sanctions; research and analyze pertinent case law. | RIC | 1.80 | 1,080.00 |
| 22-Aug-13 | Revise motion to show cause and for other sanctions; prepare proposed order; review e-mail from S. Hodes and prepare reply. | RIC | 3.60 | 2,160.00 |
| 23-Aug-13 | Review draft proposed Default Final Judgment and Permanent Injunction; conference with R. Chaskes re same. | PLK | 0.60 | 204.00 |
| 23-Aug-13 | Revise proposed default final judgment and permanent injunction; prepare e-mails to S. Hodes; prepare motions for filing with court; prepare e-mail to Judge Middlebrooks with proposed order. | RIC | 1.70 | 1,020.00 |
| 26-Aug-13 | Review clerk's default; prepare e-mail to S. Hodes. | RIC | 0.20 | 120.00 |
| 28-Aug-13 | Prepare motion to stay discovery and incorporated memorandum of law; prepare e-mail to S. Hodes. | RIC | 3.10 | 1,860.00 |

Services ...........................................................................................................................$14,083.00

**LESS 20% COURTESY REDUCTION**                                                       **(2,816.60)**

**Total Services** ...........................................................................................................**$11,266.40**

| Date | Disbursements | Value |
|------|---------------|-------|
| 11-Jul-13 | DUPLICATING | 0.00 |
| 16-Jul-13 | DUPLICATING | 0.00 |
| 17-Jul-13 | DUPLICATING | 0.00 |
| 24-Jul-13 | DUPLICATING | 0.00 |
| 24-Jul-13 | DUPLICATING | 0.00 |
| 26-Jul-13 | DUPLICATING | 0.00 |
| 26-Jul-13 | DUPLICATING | 0.00 |
| 26-Jul-13 | DUPLICATING | 0.00 |
| 29-Jul-13 | DUPLICATING | 0.00 |
| 22-Aug-13 | DUPLICATING | 0.00 |
| 23-Aug-13 | DUPLICATING | 0.00 |
| 23-Aug-13 | DUPLICATING | 0.00 |
| 27-Aug-13 | DUPLICATING | 0.00 |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| | Total for DUPLICATING | | 0.00 |
| 9-Aug-13 | FEDERAL EXPRESS Airbill: 796371510505 per 2655 Invoice No: 236282409 Ship Dt: 08/01/13 | 7.92 | |
| 9-Aug-13 | FEDERAL EXPRESS Airbill: 796371553541 per 2655 Invoice No: 236282409 Ship Dt: 08/01/13 | 7.92 | |
| 9-Aug-13 | FEDERAL EXPRESS Airbill: 796371573680 per 2655 Invoice No: 236282409 Ship Dt: 08/01/13 | 11.37 | |
| 16-Aug-13 | FEDERAL EXPRESS Airbill: 796453137147 per 2655 Invoice No: 237063109 Ship Dt: 08/13/13 | 7.95 | |
| 16-Aug-13 | FEDERAL EXPRESS Airbill: 796453171966 per 2655 Invoice No: 237063109 Ship Dt: 08/13/13 | 19.95 | |
| 16-Aug-13 | FEDERAL EXPRESS Airbill: 796453195014 per 2655 Invoice No: 237063109 Ship Dt: 08/13/13 | 11.43 | |
| | Total for FEDERAL EXPRESS | | 66.54 |
| 27-Jul-13 | DELIVERY SERVICE - EXECUTIVE EXPRESS COURIER SERV: Delivery Services - Rush round trip service to Jodi Socher, as Registered Agent for Storage & Moving Service, Inc 7/22/13 - Inv#I43832. BM/3616 | 110.00 | |
| | Total for DELIVERY SERVICE | | 110.00 |
| 1-Aug-13 | PARKING - LANIER PARKING SOLUTIONS: Parking - 7/25 - Parking Validation for Robert Chaskis meeting. VS/3815 | 51.00 | |
| | Total for PARKING | | 51.00 |
| 26-Jul-13 | SERVICE OF PROCESS - JT ACCURATE PROCESS SERVICE IN: Service of Process - Process Service Upon Storage & Moving Services of Order on P's M/Preliminary Injunction (Pompano Beach, FL) - Served 7/26/13 - Inv#JTS2013004440. PK/4425 | 112.00 | |
| | Total for SERVICE OF PROCESS | | 112.00 |

026183          RYDER SYSTEM, INC.                    As of              August 31, 2013
0275372        STORAGE AND MOVING SERVICES, INC., D/B/A    Invoice Number        8837479

| Date | Disbursements | | Value |
|------|---------------|--|-------|
| 9-Aug-13 | FILING FEES - SUNTRUST BANKCARD, N.A.: Filing Fee - Filing new complaint Florida District Court 7/8/2013 - Pay.gov tracking# 25BFM86S - Agency tracking# 113C-5864856 - P. Koback. BM/3616 | 400.00 | |
| | Total for FILING FEES | | 400.00 |
| 5-Aug-13 | WESTLAW RESEARCH 080513 KOBAK,PAUL L FORT LAUDERDALE | 23.47 | |
| | Total for WESTLAW RESEARCH | | 23.47 |

**Total Disbursements** ...............................................................................................**$763.01**

026183          RYDER SYSTEM, INC.                          As of              August 31, 2013
0275372         STORAGE AND MOVING SERVICES, INC., D/B/A     Invoice Number              8837479

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| PLK | P. L. KOBAK | 10.10 | 3,434.00 |
| RIC | R.I. CHASKES | 17.40 | 10,440.00 |
| T R | T. REDI | 1.10 | 209.00 |
| | Total | 28.60 | $14,083.00 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     December 10, 2013
Invoice No.          8867091

RYDER SYSTEM, INC.
C/O SANFORD J. HODES
SVP-DEPUTY GENERAL COUNSEL
11690 N.W. 105 STREET
MIAMI, FL 33178

Client Name:      **RYDER SYSTEM, INC.**
Matter Name:      **STORAGE AND MOVING SERVICES, INC.,**
                         **D/B/A RYDER MOVING AND STORAGE**
Matter Number:   **0275372**

*For professional services rendered through November 30, 2013 as summarized below:*

| | |
|---|---|
| Services | $4,185.00 |
| Disbursements | $149.76 |
| **TOTAL THIS INVOICE** | **$4,334.76** |

*To ensure proper credit to the above account, please indicate invoice no. 8867091*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | December 10, 2013 |
| Invoice No. | 8867091 |

RYDER SYSTEM, INC.
C/O SANFORD J. HODES
SVP-DEPUTY GENERAL COUNSEL
11690 N.W. 105 STREET
MIAMI, FL 33178

| Client Name: | **RYDER SYSTEM, INC.** |
| Matter Name: | **STORAGE AND MOVING SERVICES, INC.,** |
| | **D/B/A RYDER MOVING AND STORAGE** |
| Matter Number: | **0275372** |

*For professional services rendered through November 30, 2013 as summarized below:*

| | |
| --- | --- |
| Services | $4,185.00 |
| Disbursements | $149.76 |
| **TOTAL THIS INVOICE** | **$4,334.76** |

*To ensure proper credit to the above account, please indicate invoice no. 8867091*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com

026183      RYDER SYSTEM, INC.                          As of            November 30, 2013
0275372     STORAGE AND MOVING SERVICES, INC., D/B/A    Invoice Number             8867091

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 13-Nov-13 | Review order on motion for reconsideration; prepare e-mail to S. Hodes addressing alternative forward action; review e-mail from S. Hodes and prepare reply. | RIC | 0.80 | 488.00 |
| 14-Nov-13 | Internet research re Ryder Moving and Storage, including consumer watchdog new report regarding our case and facebook page; prepare email correspondence to R. Chaskes re same. | PLK | 0.40 | 142.00 |
| 15-Nov-13 | Review injunction motion, attachments, and additional materials from O. Alvarez re names of individuals complaining about Moving and Storage and/or asserting confusion with Ryder to add to witness list; prepare Ryder's trial witness list; prepare email to R. Chaskes re same; telephone conference with R. Chaskes re same and news report about lawsuit; revise witness list; prepare email correspondence to O. Alvarez regarding draft witness list and TV news report re our lawsuit; telephone conference with O. Alvarez and R. Chaskes re same; revise witness list; prepare email correspondence to O. Alvarez re same. | PLK | 3.80 | 1,349.00 |
| 15-Nov-13 | Review and revise witness list for trial; review consumer watchdog video regarding Ryder Moving and Storage; confer with O. Alvarez. | RIC | 2.30 | 1,403.00 |
| 18-Nov-13 | Finalize witness list. | PLK | 0.20 | 71.00 |
| 18-Nov-13 | Review e-mail from S. Hodes with accompanying facebook entry regarding Ryder Moving and Storage; review e-mail from O. Alvarez; confer with O. Alvarez; review and finalize witness list; prepare e-mail to S. Hodes and O. Alvarez. | RIC | 1.20 | 732.00 |

**Total Services** ...............................................................................................................**$4,185.00**

| Date | Disbursements | Value |
|---|---|---|
| 27-Nov-13 | COURT REPORTER - SHIRES REPORTING SERVICES, INC - Transcript of July 25, 2013 hearing before Judge Middlebrooks re: Ryder System Inc.'s Motion for Preliminary Injunction. RC/0099 | 149.76 |
| Total for COURT REPORTER | | 149.76 |

**Total Disbursements** .......................................................................................................**$149.76**

026183          RYDER SYSTEM, INC.                              As of              November 30, 2013
0275372         STORAGE AND MOVING SERVICES, INC., D/B/A        Invoice Number              8867091

026183        RYDER SYSTEM, INC.                          As of              November 30, 2013
0275372       STORAGE AND MOVING SERVICES, INC., D/B/A    Invoice Number           8867091

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| PLK | P. L. KOBAK | | 4.40 | 1,562.00 |
| RIC | R.I. CHASKES | | 4.30 | 2,623.00 |
| | | Total | 8.70 | $4,185.00 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     January 07, 2014
Invoice No.         8875146

RYDER SYSTEM, INC.
C/O SANFORD J. HODES
SVP-DEPUTY GENERAL COUNSEL
11690 N.W. 105 STREET
MIAMI, FL 33178

Client Name:    **RYDER SYSTEM, INC.**
Matter Name:    **STORAGE AND MOVING SERVICES, INC.,**
                 **D/B/A RYDER MOVING AND STORAGE**
Matter Number:   **0275372**

---

*For professional services rendered through December 31, 2013 as summarized below:*

| | |
|---|---|
| Services | $122.00 |
| Disbursements | $11.53 |
| **TOTAL THIS INVOICE** | **$133.53** |

*To ensure proper credit to the above account, please indicate invoice no. 8875146*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date     January 07, 2014
Invoice No.         8875146

RYDER SYSTEM, INC.
C/O SANFORD J. HODES
SVP-DEPUTY GENERAL COUNSEL
11690 N.W. 105 STREET
MIAMI, FL 33178

Client Name:    **RYDER SYSTEM, INC.**
Matter Name:    **STORAGE AND MOVING SERVICES, INC.,**
                **D/B/A RYDER MOVING AND STORAGE**
Matter Number:  **0275372**

---

*For professional services rendered through December 31, 2013 as summarized below:*

| | |
|---|---|
| Services | $122.00 |
| Disbursements | $11.53 |
| **TOTAL THIS INVOICE** | **$133.53** |

*To ensure proper credit to the above account, please indicate invoice no. 8875146*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com

026183      RYDER SYSTEM, INC.                                As of              December 31, 2013
0275372     STORAGE AND MOVING SERVICES, INC., D/B/A          Invoice Number             8875146

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 10-Dec-13 | Review order granting Ryder's motion to stay discovery; prepare e-mail to S. Hodes; review e-mail from S. Hodes. | RIC | 0.20 | 122.00 |

**Total Services** ...................................................................................................................**$122.00**

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| 2-Dec-13 | DUPLICATING | 0.00 | |
| | Total for DUPLICATING | | 0.00 |
| 6-Dec-13 | FEDERAL EXPRESS Airbill: 797289759091 per 0099 Invoice No: 248794656 Ship Dt: 12/02/13 | 11.53 | |
| | Total for FEDERAL EXPRESS | | 11.53 |

**Total Disbursements** ...........................................................................................................**$11.53**

026183      RYDER SYSTEM, INC.                          As of              December 31, 2013
0275372     STORAGE AND MOVING SERVICES, INC., D/B/A    Invoice Number            8875146

| Initial | Name | | Hours | Amount |
|---------|------|--|-------|--------|
| RIC | R.I. CHASKES | | 0.20 | 122.00 |
| | | Total | 0.20 | $122.00 |